# ARTICLE XIII AND XXIII CHARGES OF ANNETTE WELLS
# AFGE, LOCAL 12 (DEPT OF LABOR, WASHINGTON DC)
# AGAINST AFGE NATIONAL PRESIDENT J. DAVID COX

## Statement of Facts of Annette Wells

I took an oath of membership when I became a member of AFGE, Local 12. In part of the oath, it states that I will protect the interests and the good name of the Federation at all times and I will aid my fellow union member whenever I can do so, without injury to myself or those dependent upon me.

As a fellow member, AFGE National President Cox has violated the oath of union membership. He has caused shame, injury, embarrassment, as well as physical and mental anguish and hardship to both me and to my family. National President Cox has further violated the oath of his union office, and the law, because he promised, and he pledged his honor to the Federation.

National President Cox has not been honorable, nor kept his promise. He has injured and defamed the integrity of the union, myself as a member and my family. I believe that what happened to my son at the hands of J. David Cox is a disgrace. I am a long-time union dues paying member of the AFGE, Local 12, at the DOL/OSHA. I have suffered along with my son, his family and my husband. My son recently told me that he was being sexually abused by J. David Cox, the President of my union, AFGE. I have

1



RECEIVED
FEB 1 3 2020
NATIONAL PRESIDENTS OFFICE

Exhibit 25

since then become extremely upset, angry and physically ill to think that I have been

paying my AFGE union membership dues all of these years to that monster—J. David

Cox, while he was hurting my son. My son also told me that J. David Cox often bragged

that he "had more money than God". Little did I know at the time that Cox was

referring to my AFGE dues and the dues of thousands of other AFGE members. My

son's abuse at the hands of Cox was not a one-time thing. My son reluctantly admitted

to me and to my husband that Cox had sexually abused him for years about a year or

two after he started working for the Capitol Chauffeur Service, (CCS) Limo company. He

told me that Cox also made racist remarks to him that were very insulting.

My son and I are very close. When he started complaining that one of his

customers was harassing him and was also threatening to terminate AFGE's contract

with his Limo company, he told me over and over again that he felt pressured from his

company to continue to drive Cox whenever Cox specifically demanded his services.

Since he was continually reminded that AFGE was their largest account, he did not

believe he had any choice but to do as he was told because he had a wife and six (6)

children to provide for.

As his mother, I had no choice but to stand by and watch my son's health

deteriorate both mentally and physically as this racial discrimination and sexual and

2

mental abuse by AFGE President J. David Cox continued. My husband and I suffered severe emotional stress that affected us individually and our marriage. We are currently in therapy.

## Request For Independent Counsel

I read in an October 2019 Bloomberg article that former AFGE Communications Director Brett Copeland filed an April 2017 sexual harassment complaint against President J. David Cox with AFGE General Counsel David Borer and AFGE Deputy Chief of Staff Corey Bythrow. I understand that Mr. Borer and Mr. Bythrow did not report Mr. Copeland's sexual harassment complaint, and Mr. Copeland resigned shortly thereafter. For this reason, I ask that the NEC issue a resolution during its February 2020 NEC meeting directing these AFGE executives, AFGE General Counsel David Borer and Mr. Corey Byhrow to recuse themselves from investigating or advising the NEC regarding this Article 23 Charge against President Cox. I further request that the NEC hire independent counsel (excluding attorneys employed in the AFGE General Counsel's office and any outside law firms that are currently representing AFGE) to investigate and advise the NEC regarding these Article 23 and Article 13 charges against President Cox.

## ARTICLE XIII AND ARTICLE XXIII CHARGES:

We, the undersigned AFGE members, charge Jeffrey David Cox, Sr., with union violations of his oath of office and his oath of union membership, specifically violating: AFGE, National Constitution, Article 23, section 2, sections 2 (c), (d), (e), (f), (g), (h) & (k); Article 13, section 7, 7(a), & (b), and section 9; to include his conduct unbecoming a union member.

As part of these charges, we request that the NEC secure an independent, outside accounting of all monies and charges paid by President J. David Cox for private car services from 2009 to the present and that the NEC find Mr. Cox guilty of a gross violation of his duties, the AFGE National Constitution, and AFGE policies and practices by using AFGE resources (the AFGE-paid contract with Capitol Chauffeur Services (CCS)) to sexually abuse the son of AFGE member Annette Wells, using racial slurs toward him and ordering him, a CCS driver, to accompany Cox to bars and strip clubs using AFGE resources for J. David Cox's personal use.

In October 2019, President J. David Cox took administrative leave pending an investigation into numerous claims that he sexually harassed, sexually abused and discriminated against numerous individuals.

4

Moreover, the AFGE National Executive Council is currently investigating extremely serious charges filed by four AFGE Emeritus Officers Jim Davis, Jane Nygaard, [Former AFGE President] John Gage and Kitty Peddicord that President Cox unlawfully used AFGE staff members to work on his 2018 re-election campaign in violation of the AFGE National Constitution and Department of Labor regulation.   Among other things, these the four AFGE Emeritus Officers charged Mr. Cox with violating the Constitution by "committing any  act of fraud, embezzlement, mismanagement, or appropriating to one's own use any money, property, or thing of value belonging to the Federation or any affiliate." *(See:  Attachment 1: November 16, 2019 Article XIII and Article XXIII Charges Filed by AFGE Emeritus Officers Davis, Nygaard, Gage and Peddicord)*

We ask that if President Cox is  currently being paid his regular salary as AFGE President, administrative pay, or being allowed to use annual leave or sick leave during his leave of absence, that the NEC shall order an independent accounting of all payments made to Mr. Cox since October 1, 2019, (including the accumulation of annual and sick leave by Mr. Cox since October 1, 2019)  and that the NEC shall disclose and report to members the independent accounting of AFGE members' monies paid to Mr. Cox during the February 2020 NEC meeting.

We request that the NEC issue a resolution ordering AFGE to immediately stop all remuneration, to Mr. Cox and stop all accrual of annual and sick leave for Mr. Cox and that the NEC order Mr. Cox to immediately repay all remuneration of any kind (including the accumulation of annual and sick leave) paid to him since he took administrative leave through the date of the NEC order.

We ask the NEC to announce that it has stopped all such payments to Mr. Cox during the February 2020 NEC meeting.

We request that the NEC ensure that AFGE members' dues are not used to pay for Mr. Cox's legal costs incurred in any current or future racial discrimination and sexual harassment complaints or any other lawsuits filed against AFGE or against Mr. Cox involving President Cox's alleged racially discriminatory or sexually harassing misconduct.

We request that the NEC issue a resolution removing Mr. Cox from office effective immediately due to his outrageous, disrespectful and unlawful sexually predatory and racially discriminatory misconduct. We ask that the NEC issue that resolution removing Mr. Cox as AFGE President no later than the last date of the February 2020 NEC meeting.

We request that NEC issue a resolution removing Mr. Cox as a member of AFGE National and as a member of any of AFGE's locals, Councils or affiliates due to his outrageous and disrespectful misconduct. We ask that the NEC issue that resolution removing Mr. Cox as an AFGE member no later than the last date of the February 2020 NEC meeting.

If the AFGE NEC refuses to secure an accounting from President Cox of the AFGE members' monies that he spent hiring CCS drivers to take him to bars and strip clubs at AFGE members' expense; refuses to find  Mr. Cox guilty for grossly violating his duties by engaging in sexual harassment, sexual abuse and racial discrimination; refuses to require Mr. Cox to repay any and all remuneration paid by AFGE members for his salary and benefits since his October 2019 decision to take a leave of absence; refuses to order Mr. Cox to pay his own legal fees and to repay any and all legal fees paid by AFGE to represent him to date; and refuses to remove Mr. Cox as President and as an AFGE member by the last date of the NEC February 2020 meeting, we will exercise our rights as  AFGE members, to do so by filing a lawsuit on behalf of ourselves and other AFGE members in federal court pursuant to LMRDA 501(b).  That section states:

"(b) VIOLATION OF DUTIES; ACTION BY MEMBER AFTER REFUSAL OR FAILURE BY LABOR ORGANIZATION TO COMMENCE PROCEEDINGS; JURISDICTION; LEAVE OF COURT; COUNSEL FEES AND EXPENSES

"When any officer, agent, shop steward, or representative of any labor organization is alleged to have violated the duties declared in subsection (a) and the labor organization or its governing board or officers refuse or fail to sue or recover damages or secure an accounting or other appropriate relief within a reasonable time after being requested to do so **by any member of the labor organization**, such member may sue such officer, agent, shop steward, or representative in any district court of the United States or in any State court of competent jurisdiction to recover damages or secure an accounting or other appropriate relief for the benefit of the labor organization. No such proceeding shall be brought except upon leave of the court obtained upon verified application and for good cause shown, which application may be made ex parte. The trial judge may allot a reasonable part of the recovery in any action under this subsection to pay the fees of counsel prosecuting the suit at the instance of the member of the labor organization and to compensate such member for any expenses necessarily paid or incurred by him in connection with the litigation."

SIGNED:  _Annette Wells_                    2-10-2020

Annette Wells, Mother and District 14, Local 12 AFGE Member

_Judith Weinberg_          2-10-2020

Judith Weinberg, District 14, Local 12 AFGE Member

_Stephanie Graf_          2-12-20

Stephanie Graf, District 14, Local 12 National Women's Advisory Coordinator

2/28/2020

An Important Update

**From:** Everett Kelley, AFGE National Secretary-Treasurer <actionnews@afge.org>
**To:** jjocelynn <jjocelynn@aol.com>
**Subject:** An Important Update
**Date:** Fri, Feb 28, 2020 5:01 pm



AFGE,

As I said in earlier messages to AFGE employees and members, the National Executive Council made a commitment to being transparent with our members and our employees on any development related to the serious allegations of misconduct that have been made against J. David Cox. Today, we have an important update for you.

Today, February 28, 2020, J. David Cox Sr. resigned as AFGE National President effective at the close of business. In accepting his resignation, AFGE concluded the processing of the November 2019 internal charges and former president Cox has forfeited his right to hold or run for any AFGE elected office in perpetuity. This resignation does not affect the investigation being conducted by Working IDEAL, nor does it alter AFGE's commitment to process the February 2020 or future charges filed against Cox pursuant to the AFGE Constitution.

Per the AFGE Constitution, the National Secretary-Treasurer assumes the office of AFGE National President on the occasion of the National President's resignation.

Thanks to the incredible solidarity of our members, your spirit, your determination, and your focus, the important work AFGE performs every day on behalf of the 700,000 federal and D.C. government employees we represent has continued uninterrupted as we have gone through this difficult period as a union. As I assume the role of National President, I am certain that our great union will continue leading the fight against attacks on our members' pay, benefits, retirement, and rights on the job.

Even while we do that, we know that there is still work that we can do to improve our culture here at AFGE and make sure our own actions as a union align with our values. We remain fully committed to continuing to pursue those changes, like our recently introduced Code of Conduct for all AFGE events. We will continue to keep you updated as we pursue and implement further changes.

Thank you for the patience and understanding you have shown throughout this process, and I look forward to serving AFGE as your National President.

In Solidarity,