UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES, et al.,<br><br>　　Defendants. | Civil Action No. 20-1558 (JDB) |

## ORDER

Upon consideration of [66] defendant Cox's motion to dismiss plaintiffs' complaints for insufficient service, [70] plaintiffs' opposition to defendant Cox's motion to dismiss, and [75] defendant Cox's reply in support of his motion to dismiss, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [66] defendant Cox's motion to dismiss is **DENIED**; and it is further

**ORDERED** that by not later than November 29, 2021, plaintiffs shall amend [61] their proof of service on Cox and submit an affidavit from a process server swearing to serving Cox with [12] the summons and [11] the first amended complaint in accordance with Federal Rule of Civil Procedure 4.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　United States District Judge

Dated:  November 15, 2021