APPEAL,CASREF,CLOSED,E–NTC,JURY,MEDIATION,TYPE–K

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:20–cv–01558–JDB</u>
# *Internal Use Only*

| | |
|---|---|
| DOE #1 et al v. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES et al | Date Filed: 06/13/2020 |
| Assigned to: Judge John D. Bates | Date Terminated: 05/17/2023 |
| Referred to: Magistrate Judge Zia M. Faruqui (Settlement) | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 720 Labor: Labor/Mgt. Relations |
| Case in other court:  USCA, 23–07067 | Jurisdiction: Federal Question |
| Cause: 29:0501(b) Violation of Fiduciary Responsibility | |

**<u>Non–Party Respondent</u>**

| | | |
|---|---|---|
| **Esq. Donna H. Clancy**<br>The Clancy Law Firm, P.C.<br>40 Wall Street<br>61st Floor<br>New York, NY 10005<br>(212) 747–1744<br>*Former Counsel/Non–Party* | represented by | **Donna H Clancy**<br>THE CLANCY LAW FIRM P.C.<br>40 Wall Street<br>61st Floor<br>New York, NY 10005<br>212–747–1744<br>Fax: 212–409–8574<br>Email: dhc@dhclancylaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **JOHN DOE #1**<br>*and others similarly situated*<br>*TERMINATED: 10/11/2021* | represented by | **Marlene Denise Morten**<br>UNFOLDMENT LAW OFFICES<br>3825 South Capitol Street, SW<br>Washington, DC 20032<br>(202) 379–4806<br>Email: kemimorten@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Donna H Clancy**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **SALIM JAVED**<br>*TERMINATED: 09/01/2021* | represented by | **Marlene Denise Morten**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Donna H Clancy**<br>(See above for address) |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNETTE WELLS**                          represented by    **Marlene Denise Morten**
*and other AFGE members similarly*                           (See above for address)
*situated*                                                   *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Donna H Clancy**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PAUL VAUGHAN**                           represented by    **Marlene Denise Morten**
*TERMINATED: 09/01/2021*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Donna H Clancy**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WAQAS KALYAR**                           represented by    **Marlene Denise Morten**
*TERMINATED: 09/01/2021*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Donna H Clancy**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**FAHIM JAVED**                            represented by    **Marlene Denise Morten**
*TERMINATED: 09/01/2021*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Donna H Clancy**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOCELYNN JOHNSON**                       represented by    **Marlene Denise Morten**
                                                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna H Clancy**
(See above for address)
*TERMINATED: 10/12/2022*
*PRO HAC VICE*

<u>**Plaintiff**</u>

**VALYRIA LEWIS**                    represented by    **Marlene Denise Morten**
*TERMINATED: 09/01/2021*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Donna H Clancy**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**MECCA SCOTT**                      represented by    **Marlene Denise Morten**
*TERMINATED: 09/01/2021*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Donna H Clancy**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**ROCKY KABIR**                      represented by    **ROCKY KABIR**
                                                      712 H Street NE
                                                      Suite 1531
                                                      Washington, DC 20002
                                                      Email: rocky.kabir@gmail.com
                                                      PRO SE

                                                      **Edwin David Hoskins**
                                                      LAW OFFICES OF E. DAVID
                                                      HOSKINS, LLC
                                                      16 E. Lombard Street
                                                      Suite 400
                                                      Baltimore, MD 21202
                                                      (410) 662−6500
                                                      Fax: (410) 662−7800
                                                      Email: davidhoskins@hoskinslaw.com
                                                      *TERMINATED: 05/16/2023*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Marlene Denise Morten**
(See above for address)
*TERMINATED: 09/26/2022*

V.

**Defendant**

**AMERICAN FEDERATION OF**        represented by   **Elisabeth Mary Oppenheimer**
**GOVERNMENT EMPLOYEES**                         BREDHOFF & KAISER, P.L.L.C.
*("AFGE")*                                       805 Fifteenth Street NW
                                                 Suite 1000
                                                 Washington, DC 20005
                                                 202–842–2600
                                                 Fax: 202–842–1888
                                                 Email: eoppenheimer@bredhoff.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Devki Kaur Virk**
                                                 BREDHOFF & KAISER, PLLC
                                                 805 15th Street, NW
                                                 Suite 1000
                                                 Washington, DC 20005
                                                 (202) 842–2600
                                                 Fax: (202) 842–1888
                                                 Email: devki.virk@gmail.com
                                                 *TERMINATED: 05/14/2023*

**Defendant**

**JEFFREY DAVID COX, SR.**          represented by   **Daniel Ray Francis**
*in his official and personal capacity*            DAN FRANCIS LAW FIRM PLLC
                                                    P.O.Box 575
                                                    Lexington, NC 27293
                                                    314–258–0259
                                                    Fax: 866–751–3933
                                                    Email: dfrancis@danfrancislawfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Hans David Leibensperger**
                                                    BERMAN SOBIN GROSS FELDMAN &
                                                    DARBY LLP
                                                    1301 York Road
                                                    Suite 600
                                                    Lutherville, MD 21093
                                                    (410) 769–5400
                                                    Email: hdavid@bsgfdlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**EVERETT KELLEY**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**ERIC BUNN**
*in his official and personal capacity*
*TERMINATED: 09/01/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**VINCENT CASTELLANO**
*in his official and personal capacity*
*TERMINATED: 09/01/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**PHIL GLOVER**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**DANNY DOYLE**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**ARNOLD SCOTT**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**CHERYL ELIANO**
*in her official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**GERALD SWANKE**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**GEORGE MCCUBBIN**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**JOSEPH FLYNN**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**DAVID BORER**
*in his official and personal capacity*
*TERMINATED: 09/01/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**GONY GOLDBERG**
*in her official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**BRIAN DEWYNGAERT**
*in his official and personal capacity*
*TERMINATED: 10/11/2021*

represented by **Elisabeth Mary Oppenheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devki Kaur Virk**
(See above for address)
*TERMINATED: 05/14/2023*

**Defendant**

**JOHN AND JANE DOES**
*AFGE Officers, Employees and Agents*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2020 | 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 400 receipt number ADCDC−7226837) filed by All Plaintiffs (Morten, Marlene) Modified on 6/16/2020 to correct docket entry text (zsb). (Entered: 06/13/2020) |
| 06/13/2020 | 2 | EXHIBITS re 1 Complaint filed by All Plaintiffs. (Attachments: # 1 Exhibit J. David Cox 2018 Campaign Re−election Endorsement Letter signed by AFGE Defendant NEC Members, # 2 Exhibit Bloomberg News Article "President of Major U.S. Union Accused of Sexual Harassment," dated October 27, 2019, # 3 Exhibit AFGE Member Lawrence Tomscha Complaint Against AFGE President Cox for Spending $90,000 on Personal Limousine Services, dated January 1, 2018, # 4 Exhibit Working Ideal Report, dated March 16, 2020, # 5 Exhibit Declaration Under Penalty of Perjury of AFGE Official Pam Baca, dated April 28, 2020, # 6 Exhibit Bloomberg News Article "Report Finds Pattern of Misconduct and Faulty Safeguards at Major Union," dated March 19, 2020, # 7 Exhibit Bloomberg News Article "Harassment, Culture of Fear Flourish at Federal Workers Union, Staff Say," dated November 14, 2019, # 8 Exhibit |

| | | |
|---|---|---|
| | | Wells, Weinberg and Graf Disciplinary Charges Filed Against AFGE President Cox, dated February 13, 2020, # 9 Exhibit AFGE National Secretary Treasurer Everett Kelley's Letter Announcing Cox's Resignation and AFGE's Commitment to Transparency, dated February 28, 2020, # 10 Exhibit AFGE National Executive Council Letter to AFGE Members and the Public, dated March 19, 2020, # 11 Exhibit AFGE Equal Employment Opportunity (EEO) Statement for Employees and Applicants, dated May 2015, # 12 Exhibit Jocelynn Johnson EEOC Discrimination Complaint Against AFGE, dated June 19, 2015, # 13 Exhibit EEOC Mediation Settlement Agreement Entered Into between AFGE President J. David Cox and AFGE Employee, Jocelynn Johnson, dated August 27, 2015, # 14 Exhibit Disciplinary Charges Filed Against AFGE President Cox by Four Emeritus Officers, dated November 15, 2019, # 15 Exhibit Mollett Committee of Investigation Report on Four Emeritus Officers' Disciplinary Charges filed against AFGE President Cox dated February 13, 2020)(Morten, Marlene) Modified on 6/16/2020 to correct docket entry text (zsb). (Entered: 06/13/2020) |
| 06/15/2020 | 3 | ENTERED IN ERROR.....CIVIL COVER SHEET by All Plaintiffs. re 1 Complaint (Attachments: # 1 Exhibit Notice of Designation of Related Civil Case Pending In This Court in Case Number 18–1230 AFGE v. Hudson et al.)(Morten, Marlene) Modified on 6/16/2020 (zsb). (Entered: 06/15/2020) |
| 06/15/2020 | 4 | NOTICE *of Mistake in Identifying Plaintiff John Doe #1 as a Government Employee* by All Plaintiffs. re 1 Complaint,, (Morten, Marlene) Modified on 6/16/2020 to correct docket entry text (zsb). (Entered: 06/15/2020) |
| 06/15/2020 | 5 | REQUEST FOR SUMMONS TO ISSUE filed by All Plaintiffs (Attachments: # 1 Summons Defendant Jeffery David Cox, # 2 Summons Defendant Everett Kelley, # 3 Summons Defendant Eric Bunn, # 4 Summons Defendant Vincent Castellano, # 5 Summons Defendant Phil Glover, # 6 Summons Defendant Danny Doyle, # 7 Summons Defendant Arnold Scott, # 8 Summons Defendant Cheryl Eliano, # 9 Summons Defendant Gerald Swanke, # 10 Summons Defendant George McCubbin, # 11 Summons Defendant Joseph Flynn, # 12 Summons Defendant David Borer, # 13 Summons Defendant Brian DeWyngaert)(Morten, Marlene) Modified on 6/16/2020 to correct docket entry text (zsb). (Entered: 06/15/2020) |
| 06/15/2020 | 6 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 18–1230. (zsb) (Entered: 06/16/2020) |
| 06/16/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: re 3 Civil Cover Sheet, was entered in error and counsel was instructed to refile said pleading. (zsb) (Entered: 06/16/2020) |
| 06/17/2020 | 7 | First MOTION to Proceed Under Pseudonym by JOHN DOE #1 (Morten, Marlene) (Entered: 06/17/2020) |
| 06/17/2020 | 8 | CIVIL COVER SHEET by All Plaintiffs (Morten, Marlene) Modified on 6/29/2020 to correct docket entry text (zsb). (Entered: 06/17/2020) |
| 06/19/2020 | 9 | ORDER GRANTING in part and DENYING in part plaintiffs' 7 Motion for Leave to Proceed Under Pseudonym. See Order for further details. Signed by Chief Judge Beryl A. Howell on June 19, 2020. (lcbah4) (Entered: 06/19/2020) |
| 06/19/2020 | | Set/Reset Deadlines: Amended Pleadings due by 6/26/2020 pursuant to 9 order filed on 06/19/2019. (zsb) (Entered: 06/19/2020) |
| 06/21/2020 | 10 | |

| | | |
|---|---|---|
| | | First MOTION for Leave to Appear Pro Hac Vice *by Donna Clancy* Filing fee $ 100, receipt number ADCDC−7251546. Fee Status: Fee Paid. by JOHN DOE #1 (Attachments: # 1 Declaration Donna Clancy, Esq. in support of Motion to Appear Pro Hac Vice as Counsel for Plaintiffs, # 2 Text of Proposed Order)(Morten, Marlene) (Entered: 06/21/2020) |
| 06/26/2020 | 11 | AMENDED COMPLAINT against All Defendants with Jury Demand filed by All Plaintiffs. (Attachments: # 1 Exhibit Plaintiffs' List of Exhibits in Support of Their Complaint, # 2 Exhibit Working Ideal Report, dated March 16, 2020, # 3 Exhibit Cox 2018 Re−Election Campaign Endorsement Letter Signed By Defendant AFGE NEC Members, # 4 Exhibit Affidavit of Pam Baca, dated May 29, 2019, # 5 Exhibit Bloomberg News Article dated October 27, 2019, # 6 Exhibit Department of Labor LM2 Reports on Tracie St. John's Salary Increases, # 7 Exhibit AFGE Local President Lawrence Tomscha's Complaint about Cox's Use of AFGE Limousine Services, # 8 Exhibit Declaration Under Penalty of Perjury of Pam Baca, dated April 28, 2020, # 9 Exhibit Bloomberg News Article, dated March 19, 2020, # 10 Exhibit Bloomberg News Article, dated November 14, 2019, # 11 Exhibit AFGE Members Wells, Weinberg and Graf Charges against Cox, dated February 13, 2020, # 12 Exhibit Everett Kelley's Letter announcing Cox's Resignation, dated February 28, 2020, # 13 Exhibit Federal Computer Week article "AFGE Member Alleges Ex−President Abused her Adult Son for Years, dated February 29, 2020, # 14 Exhibit AFGE NEC Members' Letter dated March 19, 2020, # 15 Exhibit AFGE EEO Policy, dated May 2015, # 16 Exhibit Jocelynn Johnson EEOC Discrimination Complaint against AFGE, dated June 19, 2015, # 17 Exhibit EEOC Mediation Settlement Agreement entered into between Cox and Jocelynn Johnson, dated August 27, 2015, # 18 Exhibit Charges filed by Four AFGE Emeritus Officers against Cox, dated November 15, 2019, # 19 Exhibit Mollett Committee Report, dated February 13, 2020, # 20 Exhibit Cox Memorandum Promoting Chanel White, dated April 11, 2016, # 21 Exhibit Union Grievance of Joseph Corcoran to Cox re Chanel White Salary Increase, # 22 Exhibit Email from David Gonzalez to Vincent Castellano, dated October 21−25, 2019, # 23 Exhibit Email from David Gonzalez to Castellano, dated October 26, 2019, # 24 Exhibit Email from Mecca Scott to Everett Kelley, dated June 4, 2020)(Morten, Marlene) Modified on 6/29/2020 to correct docket text (zsb). (Entered: 06/26/2020) |
| 06/29/2020 | | Case Assigned to Judge Ketanji Brown Jackson. (zsb) (Entered: 06/29/2020) |
| 06/29/2020 | 12 | SUMMONS (14) Issued Electronically as to AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, JEFFREY DAVID COX, SR, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE. (Attachment: # 1 Notice and Consent)(zsb) Modified on 7/1/2020 (znmw). (Entered: 06/29/2020) |
| 06/29/2020 | | SUMMONS Not Issued as to GONY GOLDBERG (zsb) (Entered: 06/29/2020) |
| 06/29/2020 | 13 | REQUEST FOR SUMMONS TO ISSUE *to Gony Goldberg* re 11 Amended Complaint,,,,,,, Summons Not Issued filed by JOHN DOE #1. Related document: 11 Amended Complaint,,,,,,, filed by WAQAS KALYAR, FAHIM JAVED, PAUL VAUGHAN, VALYRIA LEWIS, MECCA SCOTT, JOHN DOE #1, JOCELYNN JOHNSON, SALIM JAVED, ANNETTE WELLS, Summons Not Issued.(Morten, Marlene) (Entered: 06/29/2020) |
| 07/01/2020 | 15 | |

| | | |
|---|---|---|
| | | Case randomly reassigned to Judge John D. Bates as the case is not related. Judge Ketanji Brown Jackson is no longer assigned to the case. (rj) (Entered: 07/01/2020) |
| 07/01/2020 | | MINUTE ORDER: Upon consideration of <u>10</u> plaintiffs' motion for admission pro hac vice of Donna H. Clancy, and pursuant to Local Civil Rule 83.2(d), it is hereby ORDERED that the motion is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>**Click for instructions**</u>. SO ORDERED. Signed by Judge John D. Bates on 07/01/2020. (lcjdb2) (Entered: 07/01/2020) |
| 07/01/2020 | <u>16</u> | SUMMONS (1) Issued Electronically as to GONY GOLDBERG. (zjf) (Entered: 07/01/2020) |
| 07/03/2020 | <u>17</u> | ENTERED IN ERROR.....NOTICE *OF FILING OF EXHIBIT #1 and EXHIBIT #2 to EX PARTE MOTION FILED IN CASE 20–1558 JOHN DOE #1 et al. v. AFGE et al.* by JOCELYNN JOHNSON re <u>14</u> Ex Parte MOTION for Leave to File *Claims Filed under Section 501 of the Labor Management Reporting and Disclosure Act as part of the Amended Complaint filed in this case* (Attachments: # <u>1</u> Exhibit Wells, Weinberg and Graf Disciplinary Charges filed Against Former AFGE National President J. David Cox on February 13, 2020, # <u>2</u> Exhibit AFGE National President Everett Kelley's February 28, 2020 Letter)(Morten, Marlene); Modified on 7/6/2020 (ztth). (Entered: 07/03/2020) |
| 07/03/2020 | <u>18</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES served on 7/1/2020, answer due 7/22/2020 (Morten, Marlene) (Entered: 07/03/2020) |
| 07/04/2020 | <u>19</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. EVERETT KELLEY served on 7/1/2020, answer due 7/22/2020 (Morten, Marlene) (Entered: 07/04/2020) |
| 07/06/2020 | | NOTICE OF ERROR re <u>17</u> Notice (Other); emailed to kemimorten@gmail.com, cc'd 3 associated attorneys –– The PDF file you docketed contained errors: 1. Incorrect header/caption/case number, 2. Please refile document, 3. with the case number on the document. (ztth, ) (Entered: 07/06/2020) |
| 07/06/2020 | | NOTICE OF ERROR re <u>18</u> Summons Returned Executed; emailed to kemimorten@gmail.com, cc'd 3 associated attorneys –– The PDF file you docketed contained errors: 1. Return of Service needs to be entered for each party served. (ztd, ) (Entered: 07/06/2020) |
| 07/08/2020 | <u>20</u> | NOTICE of Appearance by Devki Kaur Virk on behalf of AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE (Virk, Devki) (Entered: 07/08/2020) |
| 07/08/2020 | <u>21</u> | MOTION for Extension of Time to *Answer or Otherwise Respond to Complaint* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE (Attachments: # <u>1</u> Text of Proposed Order)(Virk, Devki) Modified event on 7/9/2020 (ztd). (Entered: 07/08/2020) |

| 07/08/2020 | 22 | NOTICE of Appearance by Donna H Clancy on behalf of All Plaintiffs (Clancy, Donna) (Main Document 22 replaced on 7/9/2020) (ztd). (Entered: 07/08/2020) |
|---|---|---|
| 07/08/2020 | | MINUTE ORDER: Upon consideration of 21 defendants' motion for extension of time to answer or otherwise respond to complaint, and the entire record herein, it is hereby ORDERED that plaintiffs shall file any opposition by not later than July 15, 2020. Signed by Judge John D. Bates on 07/08/2020. (lcjdb2) (Entered: 07/08/2020) |
| 07/09/2020 | | Set/Reset Deadlines: Response due by 7/15/2020. (tb) (Entered: 07/09/2020) |
| 07/15/2020 | 23 | Memorandum in opposition to re 21 MOTION for Extension of Time to File Answer filed by JOHN DOE #1. (Attachments: # 1 Exhibit Charges filed by AFGE Members Annette Wells, Judith Weinberg and Stephanie Graf against J. David Cox, dated February 13, 2020)(Morten, Marlene) (Entered: 07/15/2020) |
| 07/21/2020 | 24 | REPLY to opposition to motion re 21 MOTION for Extension of Time to File Answer *Reply in Support of Motion for Extension of Time (from July 22, 2020 to September 1, 2020)* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE. (Virk, Devki) (Entered: 07/21/2020) |
| 07/22/2020 | 25 | MOTION for Hearing *OF REQUEST FOR ORAL ARGUMENT* by FAHIM JAVED, SALIM JAVED, JOHN DOE #1, JOCELYNN JOHNSON, WAQAS KALYAR, VALYRIA LEWIS, MECCA SCOTT, PAUL VAUGHAN, ANNETTE WELLS (Clancy, Donna) Modified event on 7/23/2020 (ztd). (Entered: 07/22/2020) |
| 07/22/2020 | | MINUTE ORDER: Upon consideration of 21 defendants' motion for extension of time to answer or otherwise respond to complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendants shall file their answer or other response to plaintiffs' complaint by not later than September 1, 2020. SO ORDERED. Signed by Judge John D. Bates on 07/22/2020. (lcjdb2) (Entered: 07/22/2020) |
| 07/22/2020 | | MINUTE ORDER: Upon consideration of 14 verified ex parte motion for leave to file claims under Section 501 of the Labor–Management Reporting and Disclosure Act of 1959, and the entire record herein, it is hereby ORDERED that defendants shall file any opposition to the motion by not later than August 14, 2020; and it is further ORDERED that movants shall file any reply in support of their motion by not later than August 21, 2020. SO ORDERED. Signed by Judge John D. Bates on 07/22/2020. (lcjdb2) (Entered: 07/22/2020) |
| 07/22/2020 | | Set/Reset Deadlines: Response due by 8/14/2020. Reply due by 8/21/2020. (tb) (Entered: 07/22/2020) |
| 07/22/2020 | | Set/Reset Deadlines: Answer due by 9/1/2020. (tb) (Entered: 07/22/2020) |
| 07/28/2020 | | MINUTE ORDER: Upon consideration of 25 plaintiffs' motion for oral argument, and the entire record herein, it is hereby ORDERED that the motion is DENIED as moot. Signed by Judge John D. Bates on 07/28/2020. (lcjdb2) (Entered: 07/28/2020) |
| 08/14/2020 | 26 | Memorandum in Opposition re 14 Ex Parte MOTION for Leave to File *Memorandum of Defendant AFGE and 13 Individual AFGE Defendants in Opposition to Ex Parte Motion for Leave to File Section 501 Claims* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT |

| | | |
|---|---|---|
| | | CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE. (Attachments: # 1 Declaration of Devki K. Virk, # 2 Exhibit 1: AFGE's Constitution (2015)(Excerpts), # 3 Exhibit 2: 2015 Calibre CPA Report, # 4 Text of Proposed Order)(Virk, Devki) Modified event title and link on 8/18/2020 (znmw). (Entered: 08/14/2020) |
| 08/21/2020 | 27 | REPLY to opposition to motion re 14 Ex Parte MOTION for Leave to File *Claims Filed under Section 501 of the Labor Management Reporting and Disclosure Act as part of the Amended Complaint filed in this case* filed by JOCELYNN JOHNSON. (Attachments: # 1 Exhibit Declaration under Penalty of Perjury of Annette Wells, dated August 20, 2020, # 2 Exhibit REDACTED Demand Letter Submitted to All NEC Members on behalf of Annette Wells and Rocky Kabir, dated March 23, 2020)(Morten, Marlene) (Entered: 08/21/2020) |
| 09/01/2020 | 28 | MOTION to Dismiss by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE (Attachments: # 1 Memorandum in Support of Defendant AFGE and 13 Individual AFGE Defendants Rule 12(b)(1) and 12(b)(6) Motion to Dismiss All of Plaintiffs Claims Except For Plaintiff Jocelynn Johnsons 42 U.S.C. § 1981 Claim Against AFGE, # 2 Exhibit 1: Declaration of Everett Kelley, # 3 Text of Proposed Order)(Virk, Devki) (Entered: 09/01/2020) |
| 09/11/2020 | 29 | Consent MOTION for Extension of Time to File Response/Reply as to 28 MOTION to Dismiss by JOHN DOE #1 (Morten, Marlene) (Entered: 09/11/2020) |
| 09/11/2020 | | MINUTE ORDER: Upon consideration of 29 plaintiffs' consent motion for an extension of time to file opposition to defendants' motion to dismiss, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiffs shall file their opposition to defendants' motion to dismiss by not later than October 15, 2020. SO ORDERED. Signed by Judge John D. Bates on 09/11/2020. (lcjdb2) (Entered: 09/11/2020) |
| 09/14/2020 | | Set/Reset Deadlines: Response due by 10/15/2020. (tb) (Entered: 09/14/2020) |
| 09/15/2020 | 30 | MEMORANDUM OPINION & ORDER denying 14 verified ex parte motion for leave to file claims under Section 501 of the Labor–Management Reporting and Disclosure Act of 1959. Signed by Judge John D. Bates on 09/15/2020. (lcjdb2) (Entered: 09/15/2020) |
| 09/18/2020 | 31 | Ex Parte MOTION for Leave to File *Amended Complaint and Second Amended Complaint Containing Claims Filed Against Named Defendants Under Section 501 of the Labor Management Reporting and Disclosure Act of 1959* by ANNETTE WELLS (Morten, Marlene) (Entered: 09/18/2020) |
| 09/21/2020 | 32 | AMENDED COMPLAINT *SECOND* against All Defendants with Jury Demand filed by JOHN DOE #1.(Morten, Marlene) (Entered: 09/21/2020) |
| 09/25/2020 | 33 | MOTION to Strike 32 Amended Complaint *or in the alternative MOTION to Defer Response to Second Amended Complaint pending Ruling on Plaintiff Wells' Motion for Leave to File Section 501 Claims* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, |

| | | |
|---|---|---|
| | | JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE (Attachments: # 1 Text of Proposed Order)(Virk, Devki). Added MOTION to Defer on 9/28/2020 (znmw). (Entered: 09/25/2020) |
| 09/25/2020 | 34 | Amended MOTION to Strike 32 Amended Complaint *or in the alternative MOTION to Defer Response to Second Amended Complaint pending Ruling on Plaintiff Wells' Motion for Leave to File Section 501 Claims (CORRECTED* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE (Attachments: # 1 Text of Proposed Order)(Virk, Devki). Added MOTION to Defer on 9/28/2020 (znmw). (Entered: 09/25/2020) |
| 09/25/2020 | | MINUTE ORDER: Upon consideration of 31 plaintiff's ex parte motion for leave to file amended complaint and second amended complaint, 32 plaintiff's second amended complaint, 34 defendants' corrected motion to strike second amended complaint or defer response, and the entire record herein, it is hereby ORDERED that 34 defendants' corrected motion to strike second amended complaint or defer response is GRANTED IN PART; it is further ORDERED that all deadlines for response to the second amended complaint are suspended pending further order of the Court; defendants shall file their opposition to 31 plaintiff's ex parte motion for leave to file amended complaint and second amended complaint by not later than October 2, 2020; and plaintiff shall file her reply in support of 31 her ex parte motion for leave to file by not later than October 13, 2020. SO ORDERED. Signed by Judge John D. Bates on 09/25/2020. (lcjdb2) (Entered: 09/25/2020) |
| 09/28/2020 | | Set/Reset Deadlines: Motion for leave to file due by 10/2/2020. Reply due by 10/13/2020. (tb) (Entered: 09/28/2020) |
| 10/02/2020 | 35 | Memorandum in opposition to re 31 Ex Parte MOTION for Leave to File *Amended Complaint and Second Amended Complaint Containing Claims Filed Against Named Defendants Under Section 501 of the Labor Management Reporting and Disclosure Act of 1959* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE. (Attachments: # 1 Declaration of Devki K. Virk, # 2 Exhibit 1: AFGE's Constitution (2015)(Excerpts), # 3 Exhibit 2: 2015 Calibre CPA Report, # 4 Text of Proposed Order)(Virk, Devki) (Entered: 10/02/2020) |
| 10/13/2020 | 36 | REPLY to opposition to motion re 31 Ex Parte MOTION for Leave to File *Amended Complaint and Second Amended Complaint Containing Claims Filed Against Named Defendants Under Section 501 of the Labor Management Reporting and Disclosure Act of 1959* filed by ANNETTE WELLS. (Attachments: # 1 Exhibit Exh. 1 June 15, 2020 Email from AFGE Member Annette Wells to AFGE NEC Members and Named Defendants through their counsel, AFGE General Counsel David Borer)(Morten, Marlene) (Entered: 10/13/2020) |
| 10/15/2020 | 37 | Consent MOTION for Extension of Time to File Response/Reply as to 28 MOTION to Dismiss by JOHN DOE #1 (Morten, Marlene) (Entered: 10/15/2020) |
| 10/15/2020 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: Upon consideration of 37 plaintiffs' consent motion for extension of time to file a response/reply as to 28 defendants' motion to dismiss, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that all deadlines for response to 28 defendants' motion to dismiss are suspended pending further order of the Court. SO ORDERED. Signed by Judge John D. Bates on 10/15/2020. (lcjdb2) (Entered: 10/15/2020) |
| 10/20/2020 | 38 | NOTICE of Appearance by Hans David Leibensperger on behalf of JEFFREY DAVID COX, SR (Leibensperger, Hans) (Entered: 10/20/2020) |
| 10/20/2020 | 39 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Daniel R. Francis, Fee Status: No Fee Paid. by JEFFREY DAVID COX, SR (Attachments: # 1 Exhibit Declaration of Daniel R. Francis, # 2 Text of Proposed Order proposed Order)(Leibensperger, Hans) (Entered: 10/20/2020) |
| 10/20/2020 | | Payment for 39 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Daniel R. Francis, Fee Status: No Fee Paid.. ($100; Receipt number ADCDC–7732428). (Leibensperger, Hans) (Entered: 10/20/2020) |
| 10/22/2020 | 40 | Consent MOTION for Extension of Time to File Response/Reply *To Amended Complaint* by JEFFREY DAVID COX, SR (Attachments: # 1 Text of Proposed Order proposed Order)(Leibensperger, Hans) (Entered: 10/22/2020) |
| 10/22/2020 | | MINUTE ORDER: Upon consideration of 39 defendant JEFFREY DAVID COX, SR's motion for admission pro hac vice of Daniel R. Francis, and pursuant to Local Civil Rule 83.2(d), it is hereby ORDERED that the motion is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. SO ORDERED. Signed by Judge John D. Bates on 10/22/2020. (l cjdb2) (Entered: 10/22/2020) |
| 10/22/2020 | | MINUTE ORDER: Upon consideration of 40 defendant JEFFREY DAVID COX, SR's Consent Motion for Extension of Time to File His Response to the Amended Complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that defendant JEFFREY DAVID COX, SR shall file his response to 11 plaintiffs' amended complaint by not later than November 5, 2020. SO ORDERED. Signed by Judge John D. Bates on 10/22/2020. (lcjdb2) (Entered: 10/22/2020) |
| 10/22/2020 | 41 | NOTICE of Appearance by Daniel Ray Francis on behalf of JEFFREY DAVID COX, SR (Francis, Daniel) (Entered: 10/22/2020) |
| 10/23/2020 | | Set/Reset Deadlines: Response due by 11/5/2020. (tb) (Entered: 10/23/2020) |
| 10/23/2020 | 42 | MEMORANDUM OPINION & ORDER granting 31 verified ex parte motion for leave to file second amended complaint containing claims under Section 501 of the Labor–Management Reporting and Disclosure Act of 1959. Signed by Judge John D. Bates on 10/23/2020. (lcjdb2) (Entered: 10/23/2020) |
| 10/23/2020 | | MINUTE ORDER: Upon consideration of 28 Motion to Dismiss Amended Complaint by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., 32 plaintiffs' Second Amended Complaint, 42 the Court's October 23, 2020 Memorandum Opinion & Order, and the entire record herein, it is hereby ORDERED that 28 Motion to Dismiss Amended Complaint by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al. is DENIED AS MOOT. See Johnson v. D.C., No. CV 13–1445 (JBD), 2015 WL 4396698, at *5 (D.D.C. July 17, 2015) (denying as |

| | | |
|---|---|---|
| | | moot defendants' motion to dismiss amended complaint on the basis that second amended complaint superseded amended complaint). It is further ORDERED that all deadlines to respond to 11 plaintiffs' Amended Complaint are VACATED; and all responses to 32 plaintiffs' Second Amended Complaint are due by not later than November 23, 2020. SO ORDERED. Signed by Judge John D. Bates on 10/23/2020. (lcjdb2) (Entered: 10/23/2020) |
| 10/28/2020 | | Set/Reset Deadlines: Answer to second amended complaint due by 11/23/2020. (tb) (Entered: 10/28/2020) |
| 11/06/2020 | 43 | MOTION for Mediation *with consent of plaintiffs* by JEFFREY DAVID COX, SR (Attachments: # 1 Text of Proposed Order Proposed order granting referral)(Francis, Daniel) (Entered: 11/06/2020) |
| 11/09/2020 | 44 | ORDER referring plaintiffs' claims against defendant JEFFREY DAVID COX, SR to Magistrate Judge Zia M. Faruqui for mediation. See text of Order for details. Signed by Judge John D. Bates on 11/09/2020. (lcjdb2) (Entered: 11/09/2020) |
| 11/09/2020 | | Set/Reset Deadlines: Response to second amended complaint due by 11/23/2020. (tb) (Entered: 11/09/2020) |
| 11/09/2020 | | CASE DIRECTLY REFERRED to Magistrate Judge Zia M. Faruqui for mediation. (zmd) (Entered: 11/10/2020) |
| 11/11/2020 | 45 | MEDIATION STANDING ORDER. Signed by Magistrate Judge Zia M. Faruqui on 11/11/2020. (lcck) (Entered: 11/11/2020) |
| 11/17/2020 | | MINUTE ORDER: Upon consideration of 44 the Court's Order referring plaintiffs' claims against defendant JEFFREY DAVID COX, SR to Magistrate Judge Zia M. Faruqui for mediation, and the entire record herein, it is hereby ORDERED that the mediation period is EXTENDED to last until not later than February 15, 2021. SO ORDERED. Signed by Judge John D. Bates on 11/17/2020. (lcjdb2) (Entered: 11/17/2020) |
| 11/18/2020 | | Set/Reset Hearings: Settlement Conference set for 2/10/2021 at 10:00 AM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (lcck) (Entered: 11/18/2020) |
| 11/23/2020 | 46 | MOTION to Dismiss *All of the Claims Set Out In Plaintiffs' Second Amended Complaint Except For Plaintiff Jocelynn Johnson's 42 U.S.C. § 1981 Claim Against AFGE* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE (Attachments: # 1 Memorandum in Support of Defendant AFGE and 13 Individual AFGE Defendants Rule 12(b)(1) And 12(b)(6) Motion to Dismiss All of the Claims Set Out In Plaintiffs Second Amended Complaint Except For Plaintiff Jocelynn Johnsons 42 U.S.C. § 1981 Claim Against AFGE, # 2 Exhibit 1: Declaration of Everett B. Kelley, # 3 Text of Proposed Order)(Virk, Devki) (Entered: 11/23/2020) |
| 11/23/2020 | 47 | First MOTION to Dismiss *AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT PER FRCP12B5* by JEFFREY DAVID COX, SR (Attachments: # 1 Memorandum in Support MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FRCP 12b5, # 2 Affidavit JEFFREY DAVID COX, # 3 Exhibit CIVIL |

| | | |
|---|---|---|
| | | DOCKET FOR CASE, # 4 Exhibit JUNE 29 2020 SUMMONS, # 5 Exhibit PAGE 1 AMENDED COMPLAINT, # 6 Exhibit PAGE 1 O 3 VERIFIED EX PARTE MOTION, # 7 Affidavit ATTORNEY DANIEL FRANCIS FOR DOCUMENTS, # 8 Text of Proposed Order PROPOSED ORDER GRANTING FRCP12B5)(Francis, Daniel) (Entered: 11/23/2020) |
| 11/25/2020 | 48 | MOTION to Disqualify Counsel *Bredhoff and Kaiser as Counsel for 13 Named Defendants* by ANNETTE WELLS (Attachments: # 1 Exhibit List of Exhibits, # 2 Exhibit 1 November 6, 2020 Email from Kemi Morten to Devki Virk, # 3 Exhibit 2 November 9, 2020 Email from Kemi Morten to Devki Virk, # 4 Exhibit 3 November 10, 2020 Email from Devki Virk to Kemi Morten, # 5 Exhibit 4 November 11, 2020 Email from Kemi Morten to Devki Virk providing requested case law, # 6 Exhibit 5 November 12, 2020 Letter from AFGE Member Stephanie Graf to All AFGE NEC members, # 7 Exhibit 6 November 13, 2020 Email from Devki Virk to Kemi Morten, # 8 Exhibit 7 November 25, 2020 Email from Kemi Morten to Devki Virk)(Morten, Marlene) (Entered: 11/25/2020) |
| 11/27/2020 | | MINUTE ORDER: Upon consideration of 48 plaintiffs' Motion to Disqualify Bredhoff and Kaiser as Counsel for 13 Named Defendants, and the entire record herein, it is hereby ORDERED as follows: defendants shall file their opposition to the motion to disqualify by not later than December 11, 2020; plaintiffs shall file their reply in support of their motion to disqualify by not later than December 18, 2020; plaintiffs shall file their combined opposition to 46 and 47 defendants' motions to dismiss by not later than December 21, 2020; and defendants shall file their replies in support of their motions to dismiss by not later than January 4, 2021. SO ORDERED. Signed by Judge John D. Bates on 11/27/2020. (lcjdb2) (Entered: 11/27/2020) |
| 11/30/2020 | | NOTICE OF ERROR re 48 Motion to Disqualify Counsel; emailed to kemimorten@gmail.com, cc'd 12 associated attorneys ––– The PDF file you docketed contained errors: 1. FYI: In the future, the motion must be the main document and then memorandum in support. (ztd, ) (Entered: 11/30/2020) |
| 12/01/2020 | | Set/Reset Deadlines: Response to Dispositive Motion due by 12/21/2020. Reply to Dispositive Motion due by 1/4/2021. Response due by 12/11/2020 Reply due by 12/18/2020. (tb) (Entered: 12/01/2020) |
| 12/11/2020 | 49 | Memorandum in opposition to re 48 MOTION to Disqualify Counsel *Bredhoff and Kaiser as Counsel for 13 Named Defendants* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) (Entered: 12/11/2020) |
| 12/18/2020 | 50 | REPLY to opposition to motion re 48 MOTION to Disqualify Counsel *Bredhoff and Kaiser as Counsel for 13 Named Defendants* filed by ANNETTE WELLS. (Morten, Marlene) (Entered: 12/18/2020) |
| 12/21/2020 | 51 | Memorandum in opposition to re 47 First MOTION to Dismiss *AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT PER FRCP12B5* filed by JOHN DOE #1. (Attachments: # 1 Exhibit Plaintiffs' Exhibits 1, 2 and 3)(Morten, Marlene) (Entered: 12/21/2020) |
| 12/21/2020 | 52 | Memorandum in opposition to re 46 MOTION to Dismiss *All of the Claims Set Out In Plaintiffs' Second Amended Complaint Except For Plaintiff Jocelynn Johnson's 42* |

| | | |
|---|---|---|
| | | *U.S.C. § 1981 Claim Against AFGE* filed by JOHN DOE #1. (Morten, Marlene) (Entered: 12/21/2020) |
| 01/04/2021 | 53 | NOTICE of Appearance by Elisabeth Mary Oppenheimer on behalf of AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE (Oppenheimer, Elisabeth) (Entered: 01/04/2021) |
| 01/04/2021 | 54 | REPLY to opposition to motion re 46 MOTION to Dismiss *All of the Claims Set Out In Plaintiffs' Second Amended Complaint Except For Plaintiff Jocelynn Johnson's 42 U.S.C. § 1981 Claim Against AFGE* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, DAVID BORER, ERIC BUNN, VINCENT CASTELLANO, BRIAN DEWYNGAERT, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, GONY GOLDBERG, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE. (Attachments: # 1 Declaration of Devki K. Virk, # 2 Exhibit 1: Excerpts of AFGE Constitution)(Virk, Devki) (Entered: 01/04/2021) |
| 01/04/2021 | 55 | REPLY to opposition to motion re 47 First MOTION to Dismiss *AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT PER FRCP12B5* filed by JEFFREY DAVID COX, SR. (Attachments: # 1 Exhibit Declaration of Jeffrey David Cox)(Francis, Daniel) (Entered: 01/04/2021) |
| 01/05/2021 | 56 | Consent MOTION for Leave to File *Affidavit of Rowan County North Carolina Deputy Sheriff Jeffrey Gerin Hill's September 29, 2020 Affidavit in which he states that it "appears that Defendant Cox is avoiding service" as an Exhibit in Support of Plaintiffs' Opposition to Defendant Cox's Motion to Dismiss* by JOHN DOE #1 (Attachments: # 1 Exhibit Affidavit of Rowan County Deputy Sheriff Jeffrey Gerin Hill, dated September 29, 2020)(Morten, Marlene) (Entered: 01/05/2021) |
| 01/05/2021 | | MINUTE ORDER: Upon consideration of 56 plaintiffs' consent motion for leave to supplement 51 plaintiffs' opposition to defendant Cox's motion to dismiss, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that [56–1] plaintiffs' supplemental exhibit to 51 plaintiffs' opposition is deemed filed as of the date of this Order; and it is further ORDERED that defendant Cox shall file any supplemental response in support of 47 his motion to dismiss by not later than January 12, 2021. SO ORDERED. Signed by Judge John D. Bates on 01/05/2021. (lcjdb2) (Entered: 01/05/2021) |
| 01/05/2021 | 57 | AFFIDAVIT re 51 Memorandum in Opposition, by JOHN DOE #1. (ztd) (Entered: 01/07/2021) |
| 01/06/2021 | | Set/Reset Deadlines: Supplemental response due by 1/12/2021. (tb) (Entered: 01/06/2021) |
| 01/12/2021 | 58 | SUPPLEMENTAL MEMORANDUM to re 47 First MOTION to Dismiss *AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT PER FRCP12B5*, 56 Consent MOTION for Leave to File *Affidavit of Rowan County North Carolina Deputy Sheriff Jeffrey Gerin Hill's September 29, 2020 Affidavit in which he states that it "appears that Defendant Cox is avoiding service" as an Exhibit in Su* filed by JEFFREY DAVID COX, SR. (Attachments: # 1 Affidavit Third Declaration of Jeffrey David Cox)(Francis, Daniel) (Entered: 01/12/2021) |

| 02/05/2021 | | ORDER referring, with the consent of the parties, plaintiffs' claims against defendant JEFFREY DAVID COX, SR to the Circuit Mediation Program under a mediator with labor law expertise. The parties shall contact Carolyn Lerner, the Chief Circuit Mediator, to schedule a mediation as soon as the schedules of the parties and the mediator permit. The parties shall promptly notify the District Court Judge if the case settles in whole or in part. Signed by Magistrate Judge Zia M. Faruqui on 2/5/2021. (lcck) (Entered: 02/05/2021) |
|---|---|---|
| 08/11/2021 | 59 | ORDER denying 48 plaintiffs' motion to disqualify Bredhoff & Kaiser as counsel for the 13 Individual AFGE Defendants; granting in part and denying in part 46 & 47 defendants' motions to dismiss the second amended complaint under Rules 12(b)(1) and 12(b)(6); denying 47 defendant Cox's motion to dismiss the first and second amended complaints under Rule 12(b)(5). See text of Order and accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 08/11/2021. (lcjdb2) (Entered: 08/11/2021) |
| 08/11/2021 | 60 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 08/11/2021. (lcjdb2) (Entered: 08/11/2021) |
| 08/11/2021 | | Set/Reset Deadlines: Plaintiffs shall file proof of service of the first amended complaint on Defendant Cox by 8/25/2021; Plaintiffs Wells, Johnson and Kabir shall file a third amended complaint by 9/1/2021; Defendants AFGE and Cox shall Answer or Otherwise Respond to the third amended complaint of Wells, Johnson and Kabir by 9/22/2021. (zjth) (Entered: 08/11/2021) |
| 08/24/2021 | 61 | RESPONSE TO ORDER OF THE COURT re 39 Order *Notice of Proof of Service of Amended Complaint on Jeffery David Cox in 2020 and Again on August 20, 2021* by JOCELYNN JOHNSON re Set/Reset Deadlines, (Attachments: # 1 Exhibit Proof of Service of Summons, Amended Complaint and Exhibits on Jeffery David Cox, # 2 Exhibit Proof of Service on August 20, 2021 on Cox, # 3 Exhibit Proof of Service on August 20, 2021 on Cox)(Morten, Marlene) Modified on 8/26/2021 (znmw). (Entered: 08/24/2021) |
| 09/01/2021 | 62 | WITHDRAWN PURSUANT TO MINUTE ORDER FILED 10/12/2021.....AMENDED COMPLAINT *Jocelynn Johnson, Rocky Kabir and Annette Wells* against AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES with Jury Demand filed by JOHN DOE #1.(Morten, Marlene) Modified on 10/13/2021 (znmw). (Entered: 09/01/2021) |
| 09/01/2021 | 63 | First MOTION to Amend/Correct 62 Amended Complaint *to Add Ten Supervisory AFGE Officials as Defendants as Permitted by 42 U.S.C. 1981* by JOHN DOE #1. (Morten, Marlene) (Entered: 09/01/2021) |
| 09/15/2021 | 64 | MOTION to Strike 62 Amended Complaint , MOTION for Sanctions , MOTION for Order *to Advise that Further Non−Compliance with Court's Aug. 11 Order with Result in Dismissal of Action under Rule 41(b)* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) (Entered: 09/15/2021) |
| 09/15/2021 | 65 | Memorandum in opposition to re 63 First MOTION to Amend/Correct 62 Amended Complaint *to Add Ten Supervisory AFGE Officials as Defendants as Permitted by 42 U.S.C. 1981* filed by ERIC BUNN, VINCENT CASTELLANO, DANNY DOYLE, CHERYL ELIANO, JOSEPH FLYNN, PHIL GLOVER, EVERETT KELLEY, GEORGE MCCUBBIN, ARNOLD SCOTT, GERALD SWANKE. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) (Entered: 09/15/2021) |

| | | |
|---|---|---|
| 09/22/2021 | 66 | First MOTION to Dismiss *Third Amended complaint and all prior complaints for insufficient service* by JEFFREY DAVID COX, SR. (Attachments: # 1 Memorandum in Support MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FRCP 12b5, # 2 Exhibit Declaration of counsel with USPS attachments, # 3 Exhibit Declaration of Cox no service, # 4 Text of Proposed Order Order granting motion to dismiss)(Francis, Daniel) (Entered: 09/22/2021) |
| 09/29/2021 | 67 | Consent MOTION for Extension of Time to Amend 62 Amended Complaint , MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Strike 62 Amended Complaint MOTION for Sanctions MOTION for Order *to Advise that Further Non–Compliance with Court's Aug. 11 Order with Result in Dismissal of Action under Rule 41(b)* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 09/29/2021) |
| 09/29/2021 | 68 | RESPONSE re 67 Consent MOTION for Extension of Time to Amend 62 Amended Complaint MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Strike 62 Amended Complaint MOTION for Sanctions MOTION for Order *to Advise that Further Non–Compliance with Court's Aug. 11 Order with Result filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) (Entered: 09/29/2021)* |
| 09/29/2021 | 69 | REPLY to opposition to motion re 67 Consent MOTION for Extension of Time to Amend 62 Amended Complaint MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Strike 62 Amended Complaint MOTION for Sanctions MOTION for Order *to Advise that Further Non–Compliance with Court's Aug. 11 Order with Result filed by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 09/29/2021)* |
| 10/05/2021 | | MINUTE ORDER: Upon consideration of 67 plaintiffs' Consent Motion for an Extension of Time Until October 10, 2021, to file Plaintiffs' Motion for Leave to Strike and Refile Plaintiffs' Third Amended Complaint, and the entire record herein, it is hereby ORDERED that plaintiffs' motion is GRANTED; and it is further ORDERED that plaintiffs are permitted to withdraw 62 the Amended Complaint and file a complaint that conforms with 59 this Court's August 11, 2021 Order by not later than October 12, 2021; and it is further ORDERED that plaintiffs shall file by not later than October 12, 2021 a response to the portions of 64 defendant AFGE's September 15, 2021 motion requesting sanctions and an order advising plaintiffs that further non–compliance with 59 this Court's August 11, 2021 Order will result in dismissal. SO ORDERED. Signed by Judge John D. Bates on 10/05/2021. (lcjdb2) (Entered: 10/05/2021) |
| 10/05/2021 | 70 | Memorandum in opposition to re 66 First MOTION to Dismiss *Third Amended complaint and all prior complaints for insufficient service* filed by JOCELYNN JOHNSON. (Attachments: # 1 Exhibit List of Exhibits Supporting Plaintiffs' Opposition to Defendant Cox's Motion to Dismiss, # 2 Exhibit U. S. Postal Service Receipt Showing Plaintiffs Mailed Summons and Third Amended Complaint to Defendant Cox by Certified Mail, Return Receipt Requested on August 19, 2021, # 3 Exhibit U. S. Postal Service Receipt Showing Plaintiffs Mailed Summons and Third Amended Complaint to Cox via Priority Overnight Mail, # 4 Exhibit U. S. Postal Service Tracking Number, # 5 Exhibit Affidavit of Rowan County North Carolina Deputy Sheriff Jeffrey Gerin Hill attesting that Defendant Jeffery David Cox is Avoiding Service of Process, # 6 Exhibit U. S. Postal Service Receipt Showing Unable to Deliver Plaintiffs' Summons and Third Amended Complaint to Defendant |

| | | |
|---|---|---|
| | | Cox, # 7 Exhibit U. S. Postal Service Proof that Plaintiffs Mailed the Summons and Third Amended Complaint to Defendant Cox by Certified Mail, Return Receipt Requested on August 19, 2021, # 8 Exhibit U. S. Postal Service Notice that Plaintiffs' Summons and Third Amended Complaint Mailed to Defendant Cox was Returned "Unclaimed")(Morten, Marlene) (Entered: 10/05/2021) |
| 10/05/2021 | | Set/Reset Deadlines: Plaintiffs are permitted to withdraw 62 the Amended Complaint and file a complaint by 10/12/21 that conforms with 59 this Court's Order of 8/11/21; Plaintiffs shall also file by 10/12/21 a response to the portions of 64 defendant AFGE's 9/15/21 motion requesting sanctions and an order advising plaintiffs that further non–compliance with 59 this Court's order of 8/11/21 will result in dismissal. (jth) (Entered: 10/05/2021) |
| 10/11/2021 | 71 | WITHDRAWN PURSUANT TO MINUTE ORDER FILED ON 10/21/2021.....Second MOTION for Extension of Time to File *Third Amended Complaint* by JOCELYNN JOHNSON. (Morten, Marlene) Modified on 10/26/2021 (ztb). (Entered: 10/11/2021) |
| 10/11/2021 | 72 | WITHDRAWN PURSUANT TO MINUTE ORDER FILED 10/12/2021.....AMENDED COMPLAINT *Plaintiffs Rocky Kabir, Jocelynn Johnson, and Annette Wells' Third Amended Complaint* against All Defendants with Jury Demand filed by JOCELYNN JOHNSON. (Attachments: # 1 Exhibit List of Exhibits in Support of Plaintiffs' Third Amended Complaint, # 2 Exhibit NST Eugene Hudson Letter and Postcard dated August 23, 2016 and October 3, 2016 to AFGE Members Expressing Concern About Excessive NEC Expenses, # 3 Exhibit 2 Wells Weinberg and Graf Article 13 and Article 23 Charges filed Against J. David Cox, # 4 Exhibit 3 Letter from AFGE Deputy General Counsel Andy Grajales to J. David Cox, # 5 Exhibit 4 J. David Cox Separation Agreement, dated February 28, 2020, # 6 Exhibit 5 Four Emeritus Officers Article 13 and Article 23 Charges Filed Against J. David Cox, November 2019, # 7 Exhibit 6 AFGE National President Everett Kelley's Letter Announcing J. David Cox's February 28, 2020 Resignation as National President, # 8 Exhibit 7 NEC Members Letter Endorsing the Re–election of J. David Cox in 2018, # 9 Exhibit 8 J. David Cox Imperial Presidency Flyer Circulated by AFGE Leader Dana Duggins during the 2015 AFGE National Convention, # 10 Exhibit 9 Working Ideal Report November 2019 on J. David Cox's Harassment and Related Misconduct, # 11 Exhibit 9a AFGE Committee of Investigation Report filed by Chair David Mollett on the Investigation into J. David Cox's Use of Rocky Kabir and Jacqueline Simon to work on Cox's 2018 AFGE Re–election Campaign)(Morten, Marlene) Modified on 10/13/2021 (znmw). (Entered: 10/11/2021) |
| 10/12/2021 | | MINUTE ORDER: Upon Consideration of 71 plaintiffs' Motion for Enlargement of One Day to File Plaintiffs' Third Amended Complaint, and the entire record herein, it is hereby ORDERED that plaintiffs' motion is DENIED; and it is further ORDERED that pursuant to this Court's Minute Order of October 5, 2021, plaintiffs' amended complaint is considered timely. SO ORDERED. Signed by Judge John D. Bates on 10/12/2021. (lcjdb2) (Entered: 10/12/2021) |
| 10/12/2021 | 73 | First MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Strike 62 Amended Complaint MOTION for Sanctions MOTION for Order *to Advise that Further Non–Compliance with Court's Aug. 11 Order with Result in Dismissal of Action under Rule 41(b)* by JOCELYNN JOHNSON. (Attachments: # 1 Supplement Corrected Third Amended Complaint)(Morten, Marlene). Added MOTION to Amend/Correct, MOTION to Withdraw on 10/13/2021 (znmw). (Entered: |

| | | |
|---|---|---|
| | | 10/12/2021) |
| 10/12/2021 | | MINUTE ORDER: Upon consideration of 73 Plaintiffs' Motion to Withdraw the Third Amended Complaints Filed in This Case on October 1, 2021, and October 11, 2021, and to Refile the Attached Corrected Amended Complaint and Plaintiffs' First Motion for an Extension of Time (Three Days) to Respond to Defendant AFGE's Motion Requesting Sanctions, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiffs are permitted to withdraw 62 the Amended Complaint and 72 the Third Amended Complaint and file a complaint that conforms with 59 this Court's August 11, 2021 Order by not later than October 13, 2021; and it is further ORDERED that plaintiffs shall file by not later than October 15, 2021 a response to the portions of 64 defendant AFGE's September 15, 2021 motion requesting sanctions and an order advising plaintiffs that further non−compliance with 59 this Court's August 11, 2021 Order will result in dismissal. SO ORDERED. Signed by Judge John D. Bates on 10/12/2021. (lcjdb2) (Entered: 10/12/2021) |
| 10/13/2021 | 74 | THIRD AMENDED COMPLAINT *THIRD CORRECTED* against AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES with Jury Demand filed by ROCKY KABIR. (Attachments: # 1 Exhibit NST Hudson 2016 Letter and Postcard Informing AFGE Members That Defendant Cox and Other NEC Members were Abusing Their AFGE Expense Accounts, # 2 Exhibit Wells, Weinberg and Graf Article 13 and 23 Charges Against Cox, # 3 Exhibit AFGE Deputy General Counsel Andy Grajales Letter to Cox, # 4 Exhibit Cox Secret Separation Agreement Executed with Everett Kelley, February 28, 2020, # 5 Exhibit Four AFGE Emeritus Officers John Gage, Jane Nygaard, Jim Davis and Kitty Petticord against Cox, # 6 Exhibit 5a National Vice President Jeremy Lannan Sexual Harassment Complaint filed against Cox on behalf of Rocky Kabir July 25, 2019, # 7 Exhibit 6 Everett Kelley's Letter Announcing Cox's Resignation February 28, 2020, # 8 Exhibit 7 J. David Cox's 2018 Reelection Endorsement Letter signed by NEC Members, # 9 Exhibit 8 J. David Cox's Imperial Presidency Flyer Circulated at the 2015 AFGE National Convention, # 10 Exhibit 9 Working Ideal Report, # 11 Exhibit National Vice President David Mollett's Committee of Investigation Report finding that Cox Used AFGE Resources in his 2018 AFGE reelection campaign, dated February 28, 2020)(Morten, Marlene) Modified event title on 10/14/2021 (znmw). (Entered: 10/13/2021) |
| 10/14/2021 | 75 | REPLY to opposition to motion re 66 First MOTION to Dismiss *Third Amended complaint and all prior complaints for insufficient service* filed by JEFFREY DAVID COX, SR. (Francis, Daniel) (Entered: 10/14/2021) |
| 10/15/2021 | 76 | RESPONSE re 64 MOTION to Strike 62 Amended Complaint MOTION for Sanctions MOTION for Order *to Advise that Further Non−Compliance with Court's Aug. 11 Order with Result in Dismissal of Action under Rule 41(b)* filed by ROCKY KABIR. (Morten, Marlene) (Entered: 10/15/2021) |
| 10/15/2021 | 77 | Cross MOTION for Sanctions *Against Defendant AFGE* by ROCKY KABIR. (Morten, Marlene) (Entered: 10/15/2021) |
| 10/18/2021 | | Set/Reset Deadlines: Complaint due by 10/13/2021. Response due by 10/15/2021. (tb) (Entered: 10/18/2021) |
| 10/21/2021 | 78 | WITHDRAWN PURSUANT TO MINUTE ORDER FILED 5/17/2023..... MOTION to Strike 74 Amended Complaint,,,,, *and to Dismiss Plaintiffs' Claims Against AFGE and the John and Jane Doe AFGE Defendants with Prejudice* by AMERICAN |

| | | |
|---|---|---|
| | | FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order Granting Defendant AFGE's Motion to Strike and for Dismissal with Prejudice)(Virk, Devki) Modified on 5/22/2023 (znmw). (Entered: 10/21/2021) |
| 10/22/2021 | 79 | REPLY to opposition to motion re 64 MOTION to Strike 62 Amended Complaint MOTION for Sanctions MOTION for Order *to Advise that Further Non−Compliance with Court's Aug. 11 Order with Result in Dismissal of Action under Rule 41(b)* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order Granting Defendant AFGE's Motion for Monetary Sanctions)(Virk, Devki) (Entered: 10/22/2021) |
| 10/22/2021 | 80 | Memorandum in opposition to re 77 Cross MOTION for Sanctions *Against Defendant AFGE* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order Denying Plaintiff's Cross−Motion for Sanctions)(Virk, Devki) (Entered: 10/22/2021) |
| 10/29/2021 | 81 | REPLY to opposition to motion re 77 Cross MOTION for Sanctions *Against Defendant AFGE* filed by ROCKY KABIR. (Attachments: # 1 Exhibit Email Exchanges Between Kemi Morten and Devki Virk Regarding Plaintiffs' Request to Meet and Confer, # 2 Exhibit AFGE National Resource Guide 2003)(Morten, Marlene) (Entered: 10/29/2021) |
| 10/29/2021 | 82 | RESPONSE re 78 MOTION to Strike 74 Amended Complaint,,,,, *and to Dismiss Plaintiffs' Claims Against AFGE and the John and Jane Doe AFGE Defendants with Prejudice* filed by ROCKY KABIR. (Attachments: # 1 Exhibit Email Exchanges Between Kemi Morten and Devki Virk Regarding Plaintiffs' Request to Meet and Confer, # 2 Exhibit AFGE National Resource Guide 2003)(Morten, Marlene) (Entered: 10/29/2021) |
| 11/03/2021 | 83 | REPLY to opposition to motion re 78 MOTION to Strike 74 Amended Complaint,,,,, *and to Dismiss Plaintiffs' Claims Against AFGE and the John and Jane Doe AFGE Defendants with Prejudice* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Virk, Devki) (Entered: 11/03/2021) |
| 11/09/2021 | | MINUTE ORDER: Plaintiffs are hereby ORDERED to file a motion for reconsideration, if any, of 59 this Court's August 11, 2021 Order by not later than December 1, 2021. Defendants shall file any opposition to this motion by not later than December 15, 2021. Plaintiffs shall file any reply by not later than December 23, 2021. SO ORDERED. Signed by Judge John D. Bates on 11/9/2021. (lcjdb2) (Entered: 11/09/2021) |
| 11/09/2021 | | Set/Reset Deadlines: Plaintiffs are to file a motion for reconsideration, if any, of 59 the Court's 8/11/2021 Order by 12/1/2021. Any Opposition by Defendants is due by 12/15/2021. Any Reply by Plaintiffs is due by 12/23/2021. (jth) (Entered: 11/10/2021) |
| 11/15/2021 | 84 | ORDER denying 66 defendant Cox's motion to dismiss plaintiffs' complaints for insufficient service. See text of Order and accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 11/15/2021. (lcjdb2) (Entered: 11/15/2021) |
| 11/15/2021 | 85 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 11/15/2021. (lcjdb2) (Entered: 11/15/2021) |
| 11/30/2021 | 86 | Consent MOTION for Extension of Time to *File Plaintiffs' Motion for Reconsideration of the Court's August 11, 2021 Order* by ROCKY KABIR. (Morten, Marlene) (Entered: 11/30/2021) |

| 11/30/2021 | | MINUTE ORDER: Upon consideration of 86 plaintiffs' consent motion for an enlargement of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiffs shall file any motion for reconsideration of 59 this Court's August 11, 2021 Order by not later than December 13, 2021; it is further ORDERED that defendants shall file any opposition to this motion by not later than January 7, 2022; and it is further ORDERED that plaintiffs shall file any reply by not later than January 18, 2022. SO ORDERED. Signed by Judge John D. Bates on 11/30/2021. (lcjdb2) (Entered: 11/30/2021) |
|---|---|---|
| 11/30/2021 | | Set/Reset Deadlines: Plaintiffs shall file any Motion for Reconsideration of 59 this Court's 8/11/2021 Order by 12/13/2021; Defendants shall file any Opposition by 1/7/2022; Any Reply by Plaintiffs is due by 1/18/2022. (jth) (Entered: 11/30/2021) |
| 11/30/2021 | 87 | First MOTION for Extension of Time to *File Proof of Service of Original Summons [Dkt 11] and Amended Complaint on Defendant J. David Cox* by ROCKY KABIR. (Morten, Marlene) (Entered: 11/30/2021) |
| 12/01/2021 | 88 | AFFIDAVIT re 87 First MOTION for Extension of Time to *File Proof of Service of Original Summons [Dkt 11] and Amended Complaint on Defendant J. David Cox Affidavit of Due Diligence filed by Legal Wheels Process Server, dated November 30, 2021* by ROCKY KABIR. (Morten, Marlene) (Entered: 12/01/2021) |
| 12/03/2021 | 89 | ORDER denying 87 plaintiffs' motion for acceptance of plaintiffs' October 1, 2020 affidavit of service on defendant Cox. See text of Order for details. Signed by Judge John D. Bates on 12/3/2021. (lcjdb2) (Entered: 12/03/2021) |
| 12/07/2021 | | Set/Reset Deadlines: Amend their proof of service on Cox due by 12/17/2021. (tb) (Entered: 12/07/2021) |
| 12/13/2021 | 90 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. J. DAVID COX served on 10/1/2020, answer due 10/22/2020 (Attachments: # 1 Exhibit Amended Affidavit of Service of Process on Defendant J. David Cox)(Morten, Marlene) Modified party served on 12/13/2021 (znmw). (Entered: 12/13/2021) |
| 12/13/2021 | 91 | Second MOTION for Extension of Time to *File Plaintiffs' Motion for Reconsideration of the Court's August 11, 2021 Order* by ROCKY KABIR. (Morten, Marlene) (Entered: 12/13/2021) |
| 12/13/2021 | | MINUTE ORDER: Upon consideration of 91 plaintiffs' second motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiffs shall file any motion for reconsideration of 59 this Court's August 11, 2021 Order by not later than December 23, 2021; it is further ORDERED that defendants shall file any opposition to this motion by not later than January 18, 2022; and it is further ORDERED that plaintiffs shall file any reply by not later than January 28, 2022. SO ORDERED. Signed by Judge John D. Bates on 12/13/2021. (lcjdb2) (Entered: 12/13/2021) |
| 12/13/2021 | | MINUTE ORDER: Upon consideration of 90 plaintiffs' Motion for an Order from the Court that Defendant J. David Cox Was Served in this Case, [90–1] the Amended Affidavit of Personal Service, and the entire record herein, it is hereby ORDERED that the motion is GRANTED. As this Court has previously concluded, defendant Cox has received sufficient service of process in this case. SO ORDERED. Signed by Judge John D. Bates on 12/13/2021. (lcjdb2) (Entered: 12/13/2021) |
| 12/14/2021 | | |

| | | |
|---|---|---|
| | | Set/Reset Deadlines: Motion due by 12/23/2021. Response due by 1/18/2022. Reply due by 1/28/2022. (tb) (Entered: 12/14/2021) |
| 12/23/2021 | 92 | MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel, 60 Memorandum & Opinion by ROCKY KABIR. (Morten, Marlene). Added MOTION for Leave to File on 12/28/2021 (znmw). (Entered: 12/23/2021) |
| 01/12/2022 | 93 | Unopposed MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel,, 60 Memorandum & Opinion MOTION for Leave to File by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order)(Oppenheimer, Elisabeth) (Entered: 01/12/2022) |
| 01/12/2022 | | MINUTE ORDER: Upon consideration of 93 defendant AFGE's unopposed motion for extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that AFGE shall respond to 92 plaintiffs' motion for reconsideration and for leave to file a fourth amended complaint by not later than February 1, 2022; and it is further ORDERED that plaintiffs shall file any reply by not later than February 11, 2022. SO ORDERED. Signed by Judge John D. Bates on 1/12/2022. (lcjdb2) (Entered: 01/12/2022) |
| 01/12/2022 | 94 | First MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel,, 60 Memorandum & Opinion MOTION for Leave to File by JEFFREY DAVID COX, SR. (Attachments: # 1 Exhibit Morten Opposition Email, # 2 Exhibit Proposed Order)(Francis, Daniel) (Entered: 01/12/2022) |
| 01/12/2022 | | MINUTE ORDER: Upon consideration of 94 defendant Cox's motion for extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Cox shall respond to 92 plaintiffs' motion for reconsideration and for leave to file a fourth amended complaint by not later than February 1, 2022; and it is further ORDERED that plaintiffs shall file any reply by not later than February 11, 2022. SO ORDERED. Signed by Judge John D. Bates on 1/12/2022. (lcjdb2) (Entered: 01/12/2022) |
| 01/14/2022 | | Set/Reset Deadlines: Response due by 2/1/2022. Reply due by 2/11/2022. (tb) (Entered: 01/14/2022) |
| 01/14/2022 | | Set/Reset Deadlines: Response due by 2/1/2022. Reply due by 2/11/2022. (tb) (Entered: 01/14/2022) |
| 01/19/2022 | | Set/Reset Deadlines: Response due by 2/1/2022. Reply due by 2/11/2022. (tb) (Entered: 01/19/2022) |
| 02/01/2022 | 95 | Memorandum in opposition to re 92 MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel,, 60 Memorandum & Opinion MOTION for Leave to File filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Declaration of D. Virk, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Virk, Devki) (Entered: 02/01/2022) |
| 02/01/2022 | 96 | RESPONSE re 92 MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel,, 60 Memorandum & Opinion MOTION for Leave to File filed by JEFFREY DAVID COX, SR. (Attachments: # 1 |

|  |  | Text of Proposed Order Dismissal with prejudice)(Francis, Daniel) (Entered: 02/01/2022) |
|---|---|---|
| 02/09/2022 | 97 | Consent MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel,, 60 Memorandum & Opinion MOTION for Leave to File *PLAINTIFF'S REPLY TO DEFENDANT COX'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 11, 2021 ORDER* by ROCKY KABIR. (Morten, Marlene) (Entered: 02/09/2022) |
| 02/09/2022 | 98 | Consent MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel,, 60 Memorandum & Opinion MOTION for Leave to File *Reply to Defendant AFGE's Opposition to Plaintiff's Motion for Reconsideration* by ROCKY KABIR. (Morten, Marlene) (Entered: 02/09/2022) |
| 02/09/2022 |  | MINUTE ORDER: Upon consideration of 97 and 98 plaintiffs' consent motions for enlargements of time, and the entire record herein, it is hereby ORDERED that the motions are GRANTED; and it is further ORDERED that plaintiffs shall file any reply to 96 Cox's opposition and 95 AFGE's opposition to 92 plaintiffs' motion for reconsideration by not later than February 18, 2022. SO ORDERED. Signed by Judge John D. Bates on 2/9/2022. (lcjdb2) (Entered: 02/09/2022) |
| 02/11/2022 |  | Set/Reset Deadlines: Response due by 2/18/2022. (tb) (Entered: 02/11/2022) |
| 02/11/2022 |  | Set/Reset Deadlines: Reply due by 2/18/2022. (tb) (Entered: 02/11/2022) |
| 02/18/2022 | 99 | Consent MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Reconsideration re 59 Order on Motion to Dismiss,,,,,, Order on Motion to Disqualify Counsel,, 60 Memorandum & Opinion MOTION for Leave to File by ROCKY KABIR. (Morten, Marlene) (Entered: 02/18/2022) |
| 02/18/2022 |  | MINUTE ORDER: Upon consideration of 99 plaintiffs' second consent motion for enlargement of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiffs shall file any reply to 96 Cox's opposition and 95 AFGE's opposition to 92 plaintiffs' motion for reconsideration by not later than February 22, 2022. SO ORDERED. Signed by Judge John D. Bates on 2/18/2022. (lcjdb2) (Entered: 02/18/2022) |
| 02/22/2022 |  | MINUTE ORDER: Upon consideration of plaintiffs' counsel's representation to the Court that she underwent emergency surgery and is unable to file a motion for an extension of time, it is hereby ORDERED that plaintiffs shall file any reply to 96 Cox's opposition and 95 AFGE's opposition to 92 plaintiffs' motion for reconsideration by not later than March 8, 2022. SO ORDERED. Signed by Judge John D. Bates on 2/22/2022. (lcjdb2) (Entered: 02/22/2022) |
| 02/23/2022 |  | Set/Reset Deadlines: Reply due by 2/22/2022. (tb) (Entered: 02/23/2022) |
| 02/23/2022 |  | Set/Reset Deadlines: Reply due by 3/8/2022. (tb) (Entered: 02/23/2022) |
| 03/08/2022 | 100 | REPLY to opposition to motion re 92 MOTION for Reconsideration re 59 Order, 60 Memorandum & Opinion filed by FAHIM JAVED, SALIM JAVED, JOHN DOE #1, ROCKY KABIR, WAQAS KALYAR. (Attachments: # 1 List of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(znmw) (Entered: 03/09/2022) |
| 09/13/2022 | 101 |  |

| | | |
|---|---|---|
| | | ORDER denying 63 plaintiffs' motion to amend, granting in part and denying in part 64 AFGE's motion to strike and for sanctions, denying 77 plaintiffs' cross motion for sanctions, granting in part and denying in part 78 AFGE's motion to strike and for dismissal, and denying 92 plaintiffs' motion for reconsideration. See text of Order and accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 9/13/2022. (lcjdb2) (Entered: 09/13/2022) |
| 09/13/2022 | 102 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 9/13/2022. (lcjdb2) (Entered: 09/13/2022) |
| 09/19/2022 | | Set/Reset Deadlines/Hearings: Amended Pleading due by 9/26/2022. Response due by 10/26/2022. Status Conference set for 11/2/2022 at 02:00 PM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 09/19/2022) |
| 09/23/2022 | 103 | Consent MOTION to Withdraw as Attorney *for Plaintiffs Annette Wells and Rocky Kabir* by ANNETTE WELLS. (Attachments: # 1 Text of Proposed Order Proposed Order)(Morten, Marlene) (Entered: 09/23/2022) |
| 09/25/2022 | 104 | RESPONSE re 103 Consent MOTION to Withdraw as Attorney *for Plaintiffs Annette Wells and Rocky Kabir* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) (Entered: 09/25/2022) |
| 09/25/2022 | 105 | RESPONSE re 103 Consent MOTION to Withdraw as Attorney *for Plaintiffs Annette Wells and Rocky Kabir cc* filed by JEFFREY DAVID COX, SR. (Francis, Daniel) (Entered: 09/25/2022) |
| 09/26/2022 | 106 | AFFIDAVIT re 101 Order on Motion for Reconsideration,, Order on Motion for Leave to File, by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Exhibit A – Order from September 13,2022)(Virk, Devki) (Entered: 09/26/2022) |
| 09/26/2022 | | MINUTE ORDER: Upon consideration of 103 Marlene Morten's and Donna H. Clancy's motion to withdraw as counsel for plaintiffs Rocky Kabir and Annette Wells and plaintiffs' motion for an enlargement of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED IN PART AND DENIED IN PART. The Court GRANTS Ms. Morten's and Ms. Clancy's motion to withdraw as counsel for plaintiffs Kabir and Wells. Accordingly, it is hereby ORDERED that Ms. Morten's and Ms. Clancy's appearances on behalf of those plaintiffs are terminated. The Court DENIES plaintiffs' request for a 30–day extension but GRANTS plaintiffs an extension of 23 days from the date of this Order. Accordingly, it is hereby ORDERED that plaintiffs shall file their amended complaint by not later than October 19, 2022 and that defendants shall file their answer by not later than November 19, 2022. The Court DENIES plaintiffs' request for a 30–day extension of the conference scheduled on November 2, 2022. And it is further ORDERED that plaintiffs shall comply with Local Civil Rule 7(m), which requires consultation with the opposing party before filing any nondispositive motion, in all future filings. SO ORDERED. Signed by Judge John D. Bates on 9/26/2022. (lcjdb2). (Entered: 09/26/2022) |
| 09/29/2022 | | Set/Reset Deadlines: Amended Pleading due by 10/19/2022. Answer due by 11/19/2022. (tb) (Entered: 09/29/2022) |
| 10/05/2022 | 107 | NEW Pro Se Consent To Receive Notices of Electronic Filing by ROCKY KABIR (zjm) (Entered: 10/06/2022) |

| 10/05/2022 | 108 | FOURTH AMENDED COMPLAINT against AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, JEFFREY DAVID COX, SR with Jury Demand filed by ROCKY KABIR.(zjm) (Entered: 10/06/2022) |
|---|---|---|
| 10/10/2022 | 109 | MOTION to Withdraw as Attorney by JOCELYNN JOHNSON. (Clancy, Donna) (Entered: 10/10/2022) |
| 10/10/2022 | 110 | DECLARATION *of Donna H. Clancy* by JOCELYNN JOHNSON re 109 MOTION to Withdraw as Attorney filed by JOCELYNN JOHNSON. (Clancy, Donna) (Entered: 10/10/2022) |
| 10/10/2022 | 111 | MEMORANDUM re 109 MOTION to Withdraw as Attorney filed by JOCELYNN JOHNSON by JOCELYNN JOHNSON. (Clancy, Donna) (Entered: 10/10/2022) |
| 10/10/2022 | 112 | NOTICE of Proposed Order by JOCELYNN JOHNSON re 109 MOTION to Withdraw as Attorney (Clancy, Donna) (Entered: 10/10/2022) |
| 10/10/2022 | 113 | DECLARATION *of Donna H. Clancy* by JOCELYNN JOHNSON re 102 Memorandum & Opinion, 101 Order on Motion for Reconsideration,, Order on Motion for Leave to File,. (Clancy, Donna) (Entered: 10/10/2022) |
| 10/10/2022 | 114 | MEMORANDUM re 102 Memorandum & Opinion, 101 Order on Motion for Reconsideration,, Order on Motion for Leave to File, by JOCELYNN JOHNSON. (Clancy, Donna) (Entered: 10/10/2022) |
| 10/10/2022 | 115 | First MOTION for Extension of Time to File Response/Reply *to AFGE's Affidavit/Bill of Costs and to Attorney Donna Clancy's October 10, 2022 Response to AFGE's Affidavit/Bill of Costs* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 10/10/2022) |
| 10/12/2022 | | NOTICE OF ERROR re 115 Motion for Extension of Time to File Response/Reply; emailed to kemimorten@gmail.com, cc'd 13 associated attorneys –– The PDF file you docketed contained errors: 1. **Please note the following deficiency and file/refile document as instructed**, 2. Missing attorney signature – signature on document must match PACER login. Please file ERRATA. (zjm, ) (Entered: 10/12/2022) |
| 10/12/2022 | | MINUTE ORDER: Upon consideration of 109 Donna H. Clancy's motion to withdraw as counsel for plaintiff Jocelyn Johnson, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Ms. Clancy's appearance in this case is terminated. SO ORDERED. Signed by Judge John D. Bates on 10/12/2022. (lcjdb2) (Entered: 10/12/2022) |
| 10/12/2022 | 116 | ERRATA *Corrected Motion with Attorney Signature inadvertently omitted from filing* by JOCELYNN JOHNSON re 115 Motion for Extension of Time to File Response/Reply. (Morten, Marlene) (Entered: 10/12/2022) |
| 10/12/2022 | 117 | ERRATA *2nd Corrected Motion with Attorney Signature* by JOCELYNN JOHNSON re 115 Motion for Extension of Time to File Response/Reply. (Morten, Marlene) (Entered: 10/12/2022) |
| 10/12/2022 | | MINUTE ORDER: Upon consideration of 115 Marlene Morten's motion for extension of time to respond to defendants' affidavit of attorney's fees and costs and motion to file under seal her response, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Ms. Morten shall respond to defendants' affidavit of attorney's fees and costs by not later than October 25, 2022; and it is further ORDERED that Ms. Morten's response to |

| | | |
|---|---|---|
| | | defendants' affidavit of attorney's fees and costs shall be filed under seal by the Clerk of Court. SO ORDERED. Signed by Judge John D. Bates on 10/12/2022. (lcjdb2) (Entered: 10/12/2022) |
| 10/12/2022 | | Set/Reset Deadlines: Ms. Morten shall respond to defendants' affidavit of attorney's fees and costs by 10/25/ 2022; Ms. Morten's response to defendants' affidavit of attorney's fees and costs shall be filed under seal by the Clerk of Court. (jth) (Entered: 10/12/2022) |
| 10/19/2022 | 118 | AMENDED COMPLAINT *Fourth* against AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES with Jury Demand filed by JOCELYNN JOHNSON.(Morten, Marlene) (Entered: 10/19/2022) |
| 10/25/2022 | 119 | RESPONSE re 115 First MOTION for Extension of Time to File Response/Reply *to AFGE's Affidavit/Bill of Costs and to Attorney Donna Clancy's October 10, 2022 Response to AFGE's Affidavit/Bill of Costs* filed by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 10/25/2022) |
| 10/26/2022 | | MINUTE ORDER: Upon consideration of 119 Marlene Morten's request for extension of time to file under seal documents supporting her response in opposition to defendant's affidavit of attorney's fees, and the entire record herein, it is hereby ORDERED that Morten's motion is GRANTED; and it is further ORDERED that Morten shall file under seal supporting documents by not later than November 1, 2022. SO ORDERED. Signed by Judge John D. Bates on 10/26/2022. (lcjdb2) (Entered: 10/26/2022) |
| 10/31/2022 | 120 | ENTERED IN ERROR.....MOTION to Strike 118 Amended Complaint *BY PLAINTIFF JOCELYN JOHNSONS*, MOTION to Dismiss *42 U.S.C. § 1981 WRONGFUL TERMINATION CLAIM AGAINST AFGE* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) Modified on 11/1/2022 counsel refiled at entry 123 (zjm). (Entered: 10/31/2022) |
| 10/31/2022 | 121 | RESPONSE re 119 Response to Document, filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Virk, Devki) (Entered: 10/31/2022) |
| 10/31/2022 | 122 | MOTION to Strike 108 Amended Complaint *BY PLAINTIFF ROCKY KABIR* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) (Entered: 10/31/2022) |
| 11/01/2022 | 123 | MOTION to Strike 118 Amended Complaint *BY PLAINTIFF JOCELYN JOHNSONS*, MOTION to Dismiss *42 U.S.C. § 1981 WRONGFUL TERMINATION CLAIM AGAINST AFGE − CORRECTED* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Virk, Devki) (Entered: 11/01/2022) |
| 11/01/2022 | | Set/Reset Deadlines: Supporting documents due by 11/1/2022. (tb) (Entered: 11/01/2022) |
| 11/01/2022 | 124 | MOTION for Leave to File *Motion for Reconsideration of the Court's September 13, 2022 Order Imposing Monetary Sanctions and Memorandum in Support Thereof* by JOCELYNN JOHNSON. (Attachments: # 1 Memorandum in Support Motion for Leave to File a Motion for Reconsideration of the Court's September 13, 2022 Order Imposing Sanctions)(Morten, Marlene) (Entered: 11/01/2022) |
| 11/01/2022 | 125 | |

| | | |
|---|---|---|
| | | SEALED MOTION filed by JOCELYNN JOHNSON (Attachments: # 1 Declaration of Kemi Morten, dated November 1, 2022)(Morten, Marlene) (Entered: 11/01/2022) |
| 11/02/2022 | | MINUTE ORDER: Pursuant to the status conference held on this date, and the entire record herein, it is hereby ORDERED that plaintiff Rocky Kabir's action against defendants AFGE and Jeffrey David Cox is referred to a magistrate judge, beginning immediately, until January 3, 2023 for the purpose of mediation; it is further ORDERED that the proceedings in Kabir's action are STAYED until January 3, 2023; it is further ORDERED that plaintiff Jocelynn Johnson shall file a response to 123 AFGE's motion to strike Johnson's fourth amended complaint by not later than November 9, 2022; it is further ORDERED that AFGE shall file a reply in support of its motion to strike Johnson's fourth amended complaint by not later than November 23, 2022; it is further ORDERED that AFGE shall file a response to 124 Johnson's motion for reconsideration of the Court's September 13, 2022 Order by not later than November 16, 2022; it is further ORDERED that Johnson shall file a reply in support of her motion for reconsideration of the Court's September 13, 2022 Order by not later than November 28, 2022; it is further ORDERED that defendant Cox shall answer Johnson's fourth amended complaint by not later than November 19, 2022, as previously ordered by the Court in its September 26, 2022 Minute Order; and it is further ORDERED that briefing with respect to 125 Marlene Morten's sealed motion in response to Donna Clancy's response to AFGE's bill of costs is STAYED pending the resolution of Johnson's motion for reconsideration of the Court's September 13, 2022 Order. SO ORDERED. Signed by Judge John D. Bates on 11/2/2022. (lcjdb2) (Entered: 11/02/2022) |
| 11/02/2022 | | Minute Entry: Status Conference held on 11/2/2022 before Judge John D. Bates: Parties discussed posture of case. See Minute Order filed on 11/02/2022 for further details of this hearing and deadlines set. (Court Reporter Lisa Griffith) (tb) (Entered: 11/07/2022) |
| 11/02/2022 | | CASE RANDOMLY REFERRED to Magistrate Judge Zia M. Faruqui for Mediation. (zmrl) (Entered: 11/30/2022) |
| 11/08/2022 | | Set/Reset Deadlines: Answer due by 11/19/2022. Response due by 11/9/2022. Reply due by 11/23/2022. (tb) (Entered: 11/08/2022) |
| 11/09/2022 | 126 | ENTERED IN ERROR.....RESPONSE re 123 MOTION to Strike 118 Amended Complaint *BY PLAINTIFF JOCELYN JOHNSONS* MOTION to Dismiss *42 U.S.C. § 1981 WRONGFUL TERMINATION CLAIM AGAINST AFGE – CORRECTED Opposition to AFGE's Corrected Rule 41(b) Motion to Strike, or, in the Alternative to Strike AFGE's Corrected Motion to Strike* filed by JOCELYNN JOHNSON. (Morten, Marlene) Modified on 11/10/2022 Counsel refiled corrected document at entry 127 (zjm). (Entered: 11/09/2022) |
| 11/09/2022 | 127 | RESPONSE re 123 MOTION to Strike 118 Amended Complaint *BY PLAINTIFF JOCELYN JOHNSONS* MOTION to Dismiss *42 U.S.C. § 1981 WRONGFUL TERMINATION CLAIM AGAINST AFGE – CORRECTED Corrected Opposition to AFGE's Corrected Rule 41(b) Motion to Strike Plaintiff Jocelynn Johnson's Fourth Amended Complaint, or, in the Alternative, to Strike It and Plaintiff's Motion for Leave to File Plaintiff's Fifth Amended Complaint* filed by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 11/09/2022) |
| 11/14/2022 | 128 | TRANSCRIPT OF PROCEEDINGS before Judge John D. Bates held on 11–2–22; Page Numbers: 1–27. Date of Issuance:11–14–22. Court Reporter/Transcriber Lisa |

| | | |
|---|---|---|
| | | Griffith, Telephone number 202−354−3247, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. Afte r 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/5/2022. Redacted Transcript Deadline set for 12/15/2022. Release of Transcript Restriction set for 2/12/2023.(Griffith, Lisa) (Entered: 11/14/2022) |
| 11/16/2022 | <u>129</u> | Memorandum in opposition to re <u>124</u> Motion for Leave to File, filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # <u>1</u> Text of Proposed Order)(Virk, Devki) (Entered: 11/16/2022) |
| 11/19/2022 | <u>130</u> | First MOTION to Strike <u>118</u> Amended Complaint *Strike Johnson 4th Amended Complaint* by JEFFREY DAVID COX, SR. (Francis, Daniel) (Entered: 11/19/2022) |
| 11/23/2022 | <u>131</u> | REPLY to opposition to motion re <u>123</u> MOTION to Strike <u>118</u> Amended Complaint *BY PLAINTIFF JOCELYN JOHNSONS* MOTION to Dismiss *42 U.S.C. § 1981 WRONGFUL TERMINATION CLAIM AGAINST AFGE − CORRECTED* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Virk, Devki) (Entered: 11/23/2022) |
| 11/28/2022 | <u>132</u> | REPLY to opposition to motion re <u>129</u> Memorandum in Opposition filed by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 11/28/2022) |
| 12/01/2022 | | MINUTE ORDER: It is hereby ORDERED that plaintiff Rock Kabir's action shall remain in mediation for an additional 30 days, until February 2, 2023; and it is further ORDERED that the proceedings in Kabir's action are STAYED until February 2, 2023. SO ORDERED. Signed by Judge John D. Bates on 12/1/2022. (lcjdb2) (Entered: 12/01/2022) |
| 12/01/2022 | <u>133</u> | MEDIATION STANDING ORDER. Signed by Magistrate Judge Zia M. Faruqui on 12/1/2022. (lcia) (Entered: 12/01/2022) |
| 12/01/2022 | | Set/Reset Deadlines: Mediation to conclude by 2/2/2023. (zjch, ) (Entered: 12/01/2022) |
| 12/01/2022 | <u>134</u> | ORDER of appointment of counsel for the limited purpose of mediation. Signed by Magistrate Judge Zia M. Faruqui on 12/1/2022. (lcia) (Entered: 12/01/2022) |
| 12/03/2022 | <u>135</u> | RESPONSE re <u>130</u> First MOTION to Strike <u>118</u> Amended Complaint *Strike Johnson 4th Amended Complaint filed by Defendant J. David Cox* filed by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 12/03/2022) |
| 12/06/2022 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER APPOINTING PRO BONO COUNSEL. In accordance with ECF No. 134 , it is hereby ORDERED that the Clerk of Court shall appoint counsel for Plaintiff Rocky Kabir from the Civil Pro Bono Panel for the purpose of mediation. Signed by Magistrate Judge Zia M. Faruqui on 12/6/2022. (lcia) (Entered: 12/06/2022) |
| 12/09/2022 | 136 | Unopposed MOTION for Extension of Time to File Response/Reply *to Johnson's opposition to mtn to strike* by JEFFREY DAVID COX, SR. (Attachments: # 1 Text of Proposed Order Unopposed Ext of Time)(Francis, Daniel) (Entered: 12/09/2022) |
| 12/09/2022 | | MINUTE ORDER: Upon consideration of 136 defendant Cox's unopposed motion for extension of time to file a reply in support of 130 his motion to strike plaintiff Johnson's complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Cox shall file his reply by not later than December 23, 2022. SO ORDERED. Signed by Judge John D. Bates on 12/9/2022. (lcjdb2) (Entered: 12/09/2022) |
| 12/09/2022 | 137 | ORDER denying [124–1] plaintiff Johnson's motion for reconsideration of the Court's imposition of sanctions. See text of Order for details. Signed by Judge John D. Bates on 12/9/2022. (lcjdb2) (Entered: 12/09/2022) |
| 12/12/2022 | | Set/Reset Deadlines: Reply due by 12/23/2022. (tb) (Entered: 12/12/2022) |
| 12/21/2022 | 138 | NOTICE of Appearance– Pro Bono by Edwin David Hoskins on behalf of ROCKY KABIR (Hoskins, Edwin) (Entered: 12/21/2022) |
| 12/23/2022 | 139 | REPLY to opposition to motion re 130 First MOTION to Strike 118 Amended Complaint *Strike Johnson 4th Amended Complaint COX REPLY TO JOHNSONS OPPOSITION TO MOTION TO STRIKE 4TH AMCX* filed by JEFFREY DAVID COX, SR. (Francis, Daniel) (Entered: 12/23/2022) |
| 01/03/2023 | 140 | ORDER granting in part and denying in part 123 defendant AFGE's motion to strike and for dismissal, granting in part and denying in part 130 defendant Jeffrey Cox's motion to strike and for dismissal, and denying 127 135 plaintiff Jocelynn Johnson's motions for leave to amend her fourth amended complaint. See text of Order for details. Signed by Judge John D. Bates on 1/3/2023. (lcjdb2) (Entered: 01/03/2023) |
| 01/04/2023 | | Set/Reset Deadlines: Fifth Amended Complaint due by 1/24/2023. Answer or Response to Fifth Amended Complaint due by 2/14/2023. (zglw) (Entered: 01/04/2023) |
| 01/09/2023 | | MINUTE ORDER: Upon consideration of the Court's November 2, 2022 Minute Order staying briefing with respect to 125 Marlene Morten's sealed motion in response to Donna Clancy's response to AFGE's bill of costs pending the resolution of Jocelynn Johnson's motion for reconsideration, and the Court's December 9, 2022 Order denying Johnson's motion for reconsideration, it is hereby ORDERED that Clancy shall file a response to Morten's 125 sealed motion by not later than January 23, 2023; it is further ORDERED that the Clerk of Court shall provide to Clancy a copy of Morten's 125 sealed motion; and it is further ORDERED that Morten shall file a redacted version of her 125 sealed motion by not later than January 19, 2023. Signed by Judge John D. Bates on 1/9/2023. (lcjdb2) (Entered: 01/09/2023) |
| 01/09/2023 | | MINUTE ORDER: It is hereby ORDERED that plaintiff Rocky Kabir's action shall remain in mediation until March 31, 2023; and it is further ORDERED that the proceedings in Kabir's action are STAYED until March 31, 2023. SO ORDERED. |

| | | |
|---|---|---|
| | | Signed by Judge John D. Bates on 1/9/2023. (lcjdb2) (Entered: 01/09/2023) |
| 01/09/2023 | | Set/Reset Hearings: Settlement Conference for plaintiff Rocky Kabir set for 3/2/2023 at 10:30 AM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (lcia) (Entered: 01/09/2023) |
| 01/19/2023 | 141 | MOTION for Extension of Time to File *Plaintiff Jocelynn Johnson's Fifth Amended Complaint and Redacted Sealed Motion* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 01/19/2023) |
| 01/19/2023 | | MINUTE ORDER: Upon consideration of 141 Johnson's unopposed motion for extension of time to file a fifth amended complaint and Morten's unopposed motion to file a redacted version of her 125 sealed motion, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Johnson shall file a fifth amended complaint by not later than February 24, 2023 and that defendants shall answer or otherwise respond to that complaint by not later than March 17, 2023; and it is further ORDERED that the Clerk of Court shall email Morten a copy of 125 her sealed motion and that Morten shall file a redacted version of that motion by not later than January 27, 2023. SO ORDERED. Signed by Judge John D. Bates on 1/19/2023. (lcjdb2) (Entered: 01/19/2023) |
| 01/20/2023 | | Set/Reset Deadlines: Johnson shall file a fifth amended complaint by not later than 2/24/2023; defendants shall answer or otherwise respond to that complaint by not later than 3/17/2023; The Clerk of Court shall email Morten a copy of 125 her sealed motion and that Morten shall file a redacted version of that motion by not later than 1/27/2023. (jth) (Entered: 01/20/2023) |
| 01/23/2023 | 142 | SEALED OPPOSITION filed by Donna H. Clancy. re 125 Sealed Motion (Clancy, Donna) (Entered: 01/23/2023) |
| 02/01/2023 | 143 | Unopposed MOTION for Extension of Time to *File Redacted Motion on the Court Docket* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 02/01/2023) |
| 02/01/2023 | | MINUTE ORDER: Upon consideration of 143 Morten's unopposed motion for extension of time to file a redacted version of her 125 sealed motion, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Morten shall file a redacted version of that motion by not later than February 7, 2023. SO ORDERED. Signed by Judge John D. Bates on 2/1/2023. (lcjdb2) (Entered: 02/01/2023) |
| 02/01/2023 | | Set/Reset Deadlines: Redaction due by 2/7/2023. (tb) (Entered: 02/01/2023) |
| 02/05/2023 | 144 | REDACTED DOCUMENT– Redacted Sealed Motion in Response to Donna Clancy's Response to AFGE's Bill of Costs to 125 SEALED MOTION filed by JOCELYNN JOHNSON *'S Counsel* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 02/05/2023) |
| 02/06/2023 | 145 | Unopposed MOTION for Extension of Time to File Response/Reply as to 125 SEALED MOTION filed by JOCELYNN JOHNSON *'s Counsel* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 02/06/2023) |
| 02/06/2023 | | MINUTE ORDER: Upon consideration of 145 Morten's unopposed motion for extension of time to file a reply in support of her 125 sealed motion, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Morten shall file a reply by not later than February 24, 2023. SO ORDERED. Signed by Judge John D. Bates on 2/6/2023. (lcjdb2) (Entered: |

| | | |
|---|---|---|
| | | 02/06/2023) |
| 02/07/2023 | | Set/Reset Deadlines: Reply due by 2/24/2023. (tb) (Entered: 02/07/2023) |
| 02/09/2023 | <u>146</u> | NOTICE of Violation of attorney–client privilege by ROCKY KABIR (zjm) (Entered: 02/10/2023) |
| 02/10/2023 | | MINUTE ORDER: Upon consideration of <u>146</u> Rocky Kabir's notice of violation of attorney–client privilege, and upon reviewing <u>144</u> Marlene Morten's purportedly redacted version of <u>125</u> her sealed motion in response to <u>113</u> Donna Clancy's response to AFGE's bill of costs, and the entire record herein, the Court has sealed <u>144</u> because it has determined that (1) the material that was purportedly redacted was not redacted but merely highlighted in black, and (2) even so, the filing contains substantial amounts of entirely unredacted attorney–client privileged communications. It is accordingly hereby ORDERED that any party with a copy of <u>144</u> Marlene Morten's purportedly redacted version of <u>125</u> her sealed motion shall not review it and shall immediately delete and destroy all copies; and it is further ORDERED that Morten shall file a properly redacted version of <u>125</u> that redacts all privileged attorney–client communications by not later than February 17, 2023. SO ORDERED. Signed by Judge John D. Bates on 2/10/2023. (lcjdb2) (Entered: 02/10/2023) |
| 02/10/2023 | | Set/Reset Deadline: Marlene Morten shall file a properly redacted version of <u>125</u> that redacts all privileged attorney–client communications by not later than 2/17/2023. (jth) (Entered: 02/13/2023) |
| 02/16/2023 | | MEDIATION ORDER. It is hereby ORDERED that Marlene Morten shall provide, to Judge Faruqui's Chambers, the following documents in regards to Plaintiff Rocky Kabir (1) a signed fee agreement, (2) fee demand, and (3) billing records in support of the demand by no later than March 24, 2023. SO ORDERED. Signed by Magistrate Judge Zia M. Faruqui on 2/16/2023. (lcia) (Entered: 02/16/2023) |
| 02/16/2023 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Settlement Conference held on 2/16/2023. (lcia) (Entered: 09/08/2023) |
| 02/17/2023 | <u>147</u> | REDACTED DOCUMENT– Motion to Order,,,, *in Response to Donna Clancy's Motion regarding Sanctions* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 02/17/2023) |
| 02/24/2023 | <u>148</u> | SEALED REPLY TO OPPOSITION filed by JOCELYNN JOHNSON re <u>145</u> Motion for Extension of Time to File Response/Reply (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Exhibit Three Emails from Clancy to Morten requesting to add Luis Renteria as a 42 USC 1981 Racial Discrimination Plaintiff to 20–1558, # <u>2</u> Exhibit Email from Clancy to Morten stating that Clancy had filed a 36–page Opposition in a Racial Discrimination Case on behalf of a NYPD Police Officer)(Morten, Marlene) (Entered: 02/24/2023) |
| 02/24/2023 | <u>149</u> | SEALED LARGE ADDITIONAL ATTACHMENT filed by JOCELYNN JOHNSON. re <u>148</u> Sealed Reply,, filed by JOCELYNN JOHNSON. *Exh. 3 Declaration of Jocelynn Johnson and Exh 4 Declaration of Jocelynn Johnson in Support of Reply* (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Exhibit Jocelynn Johnson Declaration dated Feb 2023)(Morten, Marlene) (Entered: 02/24/2023) |
| 02/24/2023 | <u>150</u> | |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT *Fifth* against AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES with Jury Demand filed by JOCELYNN JOHNSON.(Morten, Marlene) (Entered: 02/24/2023) |
| 02/24/2023 | | MINUTE ORDER: Upon consideration of 148 Morten's sealed response to 142 Clancy's sealed response to 125 Morten's sealed motion, and the entire record herein, it is hereby ORDERED that Morten shall file a redacted public version of 148 and Clancy shall file a redacted public version of 142 , properly redacting all sensitive attorney–client information, by not later than March 3, 2023. Signed by Judge John D. Bates on 2/24/2023. (lcjdb2) (Entered: 02/24/2023) |
| 02/27/2023 | | Set/Reset Deadlines: Redactions due by 3/3/2023. (tb) (Entered: 02/27/2023) |
| 03/03/2023 | 151 | REDACTED DOCUMENT– Redacted Reply to Donna Clancy, Esq. to Order, by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 03/03/2023) |
| 03/03/2023 | 152 | REDACTED DOCUMENT– NON–PARTY DONNA H. CLANCYS RESPONSE TO SEALED MOTION IN OPPOSITION TO IMPOSITION OF SANCTIONS to 125 SEALED MOTION filed by JOCELYNN JOHNSON, 142 Sealed Opposition, Order, by Donna H. Clancy. (Clancy, Donna) (Entered: 03/03/2023) |
| 03/03/2023 | 153 | MOTION for Leave to File *Sur–Reply* by Donna H. Clancy. (Clancy, Donna) (Entered: 03/03/2023) |
| 03/04/2023 | 154 | Memorandum in opposition to re 153 Motion for Leave to File *Sur–reply filed by Donna Clancy* filed by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 03/04/2023) |
| 03/04/2023 | 155 | MOTION to Strike 153 MOTION for Leave to File *Sur–Reply filed by Attorney Donna Clancy* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 03/04/2023) |
| 03/04/2023 | 156 | NOTICE of Proposed Order by JOCELYNN JOHNSON re 155 MOTION to Strike 153 MOTION for Leave to File *Sur–Reply filed by Attorney Donna Clancy* (Morten, Marlene) (Entered: 03/04/2023) |
| 03/04/2023 | | MINUTE ORDER: Upon consideration of 153 Clancy's motion for leave to file a sur–reply in response to 148 Morten's sealed reply and 155 Morten's motion to strike 153 , and the entire record herein, it is hereby ORDERED that 153 is GRANTED and 155 is DENIED; and it is further ORDERED that Clancy shall file a sur–reply not to exceed five pages by no later than March 10, 2023. SO ORDERED. Signed by Judge John D. Bates on 3/4/2023. (lcjdb2) (Entered: 03/04/2023) |
| 03/08/2023 | | Set/Reset Deadlines: Surreply due by 3/10/2023. (tb) (Entered: 03/08/2023) |
| 03/10/2023 | 157 | SURREPLY to *Morten's Sealed Reply* filed by Donna H. Clancy. (Clancy, Donna) (Entered: 03/10/2023) |
| 03/13/2023 | 158 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JOCELYNN JOHNSON (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support Exh. A: Plaintiff Jocelyn Johnson's Response to Attorney Donna Clancy's Surreply and Notice of Violation of Attorney/Client Privilege)(Morten, Marlene) (Entered: 03/13/2023) |
| 03/13/2023 | 159 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JOCELYNN JOHNSON (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit List of Exhibits and Exhibit 1: March 11, 2023 |

| | | |
|---|---|---|
| | | Declaration of Jocelynn Johnson and two exhibits, # 2 Exhibit Exhibit 2: Email from Kemi Morten to Donna Clancy dated October 4, 2022, # 3 Exhibit Exhibit 3: Email from Donna Clancy to Kemi Morten with proposed Co–Counsel Fee Agreement, dated July 10, 2020, # 4 Exhibit Exhibit 4: Email from Donna Clancy to Jocelynn Johnson and Plaintiffs, dated December 23, 2021, # 5 Exhibit Exhibit 5: Email from Kemi Morten to Donna Clancy, dated October 3, 2022, # 6 Exhibit Exhibit 6: Email from Kemi Morten to Donna Clancy, dated October 4, 2022, # 7 Exhibit Exhibit 7: Email from Donna Clancy to Kemi Morten, dated October 10, 2022)(Morten, Marlene) (Entered: 03/13/2023) |
| 03/13/2023 | 160 | ERRATA *Notice to Substitute Plaintiff Jocelynn Johnson's CORRECTED Response to Donna Clancy's Surreply for Exhibit A while leaving in place Plaintiff's Earlier Filed Motion for Leave to File the Response* by JOCELYNN JOHNSON re 158 Sealed Motion for Leave to File Document Under Seal,. (Morten, Marlene) (Entered: 03/13/2023) |
| 03/15/2023 | 161 | Unopposed MOTION for Extension of Time to File Response/Reply *TO JOHNSON FIFTH AMENDED COMPLAINT* by JEFFREY DAVID COX, SR. (Attachments: # 1 Text of Proposed Order order granting extension of time)(Francis, Daniel) (Entered: 03/15/2023) |
| 03/16/2023 | | MINUTE ORDER: Upon consideration of 161 defendant Cox's unopposed motion for extension of time to file an answer or otherwise respond to the fifth amended complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendant Cox shall answer or otherwise respond to the fifth amended complaint by not later than March 27, 2023. SO ORDERED. Signed by Judge John D. Bates on 3/16/2023. (lcjdb2) (Entered: 03/16/2023) |
| 03/16/2023 | | Set/Reset Deadlines: Answer due by 3/27/2023. (tb) (Entered: 03/16/2023) |
| 03/17/2023 | 162 | MOTION to Strike 150 Amended Complaint *and* MOTION to Dismiss by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Exhibit 1–Declaration of R. Sanghvi, # 2 Exhibit 2–Excerpts of Trial Transcript, # 3 Text of Proposed Order)(Virk, Devki). Added MOTION to Dismiss on 3/20/2023 (zed). (Entered: 03/17/2023) |
| 03/21/2023 | 163 | Consent MOTION for Extension of Time to File *Bill of Attorney's Fees and Costs in representing Plaintiff Rocky Kabir* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 03/21/2023) |
| 03/22/2023 | | MINUTE ORDER: Upon consideration of 163 Marlene Morten's consent motion for extension of time to file bill of attorney's fees and costs in representing plaintiff Rocky Kabir, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Morten shall file the bill of attorney's fees and costs associated with her representation of Kabir by no later than April 4, 2023. SO ORDERED. Signed by Judge John D. Bates on 3/22/2023. (lcjdb2) (Entered: 03/22/2023) |
| 03/27/2023 | 164 | MOTION to Strike 150 Amended Complaint *JOHNSON FIFTH AMENDED COMPLAINT* by JEFFREY DAVID COX, SR. (Attachments: # 1 Text of Proposed Order Dismissal Granted)(Francis, Daniel) (Entered: 03/27/2023) |
| 03/29/2023 | | Set/Reset Deadlines: Motion due by 4/4/2023. (tb) (Entered: 03/29/2023) |

| 03/31/2023 | 165 | ENTERED IN ERROR.....RESPONSE re 164 MOTION to Strike 150 Amended Complaint *JOHNSON FIFTH AMENDED COMPLAINT Opposition to Defendant AFGE's Motion to Strike Plaintiff Jocelynn Johnson's Fifth Amended Complaint* filed by JOCELYNN JOHNSON. (Attachments: # 1 Exhibit Declaration under Penalty of Perjury of Jocelynn Johnson)(Morten, Marlene) Modified on 4/4/2023; refiled as Docket Entry 166 (znmw). (Entered: 03/31/2023) |
|---|---|---|
| 03/31/2023 | 166 | RESPONSE re 164 MOTION to Strike 150 Amended Complaint *JOHNSON FIFTH AMENDED COMPLAINT CORRECTED Opposition to Defendant AFGE's Motion to Strike Jocelynn Johnson's Fifth Amended Complaint* filed by JOCELYNN JOHNSON. (Attachments: # 1 Exhibit Declaration under Penalty of Perjury of Jocelynn Johnson)(Morten, Marlene) (Entered: 03/31/2023) |
| 04/04/2023 | 167 | Second MOTION for Extension of Time to File *Bill of Fees and Costs in Representing Plaintiff Rocky Kabir* by JOCELYNN JOHNSON. (Morten, Marlene) (Entered: 04/04/2023) |
| 04/05/2023 | | MINUTE ORDER: Upon consideration of 167 Marlene Morten's second motion for extension of time to file bill of attorney's fees and costs in representing plaintiff Rocky Kabir, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Morten shall file the bill of attorney's fees and costs associated with her representation of Kabir by no later than April 12, 2023. SO ORDERED. Signed by Judge John D. Bates on 4/5/2023. (lcjdb2) (Entered: 04/05/2023) |
| 04/05/2023 | | Settlement Conference set for 4/13/2023 before Magistrate Judge Zia M. Faruqui. The settlement conference previously set for 3/2/2023 is VACATED. Signed by Magistrate Judge Zia M. Faruqui on 4/5/23. (lcia) (Entered: 04/05/2023) |
| 04/05/2023 | | MINUTE ORDER: It is hereby ORDERED that plaintiff Rock Kabir's action shall remain in mediation until April 28, 2023; and it is further ORDERED that the proceedings in Kabir's action are STAYED until April 28, 2023. SO ORDERED. Signed by Judge John D. Bates on 4/5/2023. (lcjdb2) (Entered: 04/05/2023) |
| 04/06/2023 | | Set/Reset Deadlines: Bill of attorney's fees due by 4/12/2023. (tb) (Entered: 04/06/2023) |
| 04/07/2023 | 168 | REPLY to opposition to motion re 162 MOTION to Strike 150 Amended Complaint MOTION to Dismiss *Section 1981 Wrongful Termination Claim* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Virk, Devki) (Entered: 04/07/2023) |
| 04/10/2023 | 169 | Joint MOTION for Order *AUTHORIZING ATTORNEY KEMI MORTEN'S PARTICIPATION IN ROCKY KABIR'S MEDIATION SESSIONS WITH DEFENDANTS AND FOR REDACTION OF CERTAIN DOCUMENTS* by ROCKY KABIR. (Morten, Marlene) (Entered: 04/10/2023) |
| 04/10/2023 | | MINUTE ORDER: Upon consideration of 169 Rocky Kabir and Marlene Morten's joint motion for an order authorizing attorney Morten's participation in Kabir's mediation sessions with defendants and for redaction of certain documents, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Morten is authorized to participate in Kabir's mediation sessions with defendants for the purposes of resolving the claim for attorney's fees; and it is further ORDERED that to the extent Morten's records pertaining to her representation of Kabir are shared with defendants during mediation, Morten is |

| | | |
|---|---|---|
| | | permitted to redact those records to exclude privileged material. SO ORDERED. Signed by Judge John D. Bates on 4/10/2023. (lcjdb2) (Entered: 04/10/2023) |
| 04/12/2023 | 170 | MOTION for Reconsideration re Order on Motion for Order,,, *Authorizing Attorney K. Morten's Participation in R. Kabir's Mediation Sessions* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # 1 Text of Proposed Order)(Virk, Devki) (Entered: 04/12/2023) |
| 04/12/2023 | 171 | Memorandum in opposition to re 170 Motion for Reconsideration, filed by ROCKY KABIR. (Attachments: # 1 Exhibit Exhibit 1)(Hoskins, Edwin) (Entered: 04/12/2023) |
| 04/12/2023 | | Settlement Conference set for 5/1/2023 before Magistrate Judge Zia M. Faruqui. The settlement conference previously set for 4/13/2023 is VACATED. Signed by Magistrate Judge Zia M. Faruqui on 4/12/23. (lcia) (Entered: 09/08/2023) |
| 04/13/2023 | | RESOLVED...NOTICE of Provisional/Government Not Certified Status re 171 Memorandum in opposition to re 170 Motion for Reconsideration, filed by ROCKY KABIR. (Attachments: # 1 Exhibit Exhibit 1)(Hoskins, Edwin). <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/20/2023. (zbaj) Modified on 4/21/2023 (zbaj). (Entered: 04/13/2023) |
| 04/14/2023 | | MINUTE ORDER: Upon consideration of 170 defendant AFGE's motion to reconsider the Court's April 10, 2023 Minute Order, the Court's understanding that, as of today's mediation session, defendants now appreciate the need for Marlene Morten's presence at plaintiff Rocky Kabir's mediation sessions for the limited issue of her attorney's fees and consent to her presence for that limited purpose, the Court's continued belief that Morten's presence is warranted only for the purposes of mediating that limited issue, and the entire record herein, it is hereby ORDERED that the motion is DENIED at this time. Signed by Judge John D. Bates on 4/14/2023. (lcjdb2) (Entered: 04/14/2023) |
| 04/14/2023 | | MINUTE ORDER: It is hereby ORDERED that plaintiff Rock Kabir's action shall remain in mediation until May 31, 2023; and it is further ORDERED that the proceedings in Kabir's action are STAYED until May 31, 2023. SO ORDERED. Signed by Judge John D. Bates on 4/14/2023. (lcjdb2) (Entered: 04/14/2023) |
| 04/14/2023 | | MINUTE ORDER: Upon consideration of Marlene Morten's motion for extension of time to file bill of costs that she sent to the chambers email address the evening on April 12, 2023, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Morten shall file the bill of costs by not later than April 14, 2023. SO ORDERED. Signed by Judge John D. Bates on 4/14/2023. (lcjdb2) (Entered: 04/14/2023) |
| 04/17/2023 | | Set/Reset Deadlines: Bill of costs due by 4/14/2023. (tb) (Entered: 04/17/2023) |
| 04/20/2023 | 172 | |

| | | |
|---|---|---|
| | | MEMORANDUM OPINION & ORDER granting <u>162</u> AFGE's motion to strike Johnson's fifth amended complaint and to dismiss her § 1981 claim against AFGE with prejudice; granting <u>164</u> Cox's motion to strike Johnson's fifth amended complaint and to dismiss her § 1981 claim against Cox with prejudice; striking certain paragraphs from <u>150</u> Johnson's fifth amended complaint; and dismissing <u>150</u> Johnson's fifth amended complaint with prejudice. See text of Memorandum Opinion & Order for details. Signed by Judge John D. Bates on 4/20/2023. (lcjdb2) (Entered: 04/20/2023) |
| 05/01/2023 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Settlement Conference held on 5/1/2023. (lcia) (Entered: 09/08/2023) |
| 05/03/2023 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Settlement Conference held on 5/3/2023. (lcia) (Entered: 09/08/2023) |
| 05/04/2023 | <u>173</u> | VACATED PURSUANT TO MINUTE ORDER FILED 5/17/2023.....MEMORANDUM OPINION & ORDER denying <u>158</u> Morten's motion for leave to file a response to and to strike <u>157</u> Clancy's sur–reply and ordering that Morten shall pay AFGE $15,939.98 in monetary sanctions and that Clancy shall pay AFGE $7,970.00 in monetary sanctions. See text of Memorandum Opinion & Order for details. Signed by Judge John D. Bates on 5/4/2023. (lcjdb2) Modified on 5/22/2023 (znmw). (Entered: 05/04/2023) |
| 05/04/2023 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Settlement Conference held on 5/4/2023. (lcia) (Entered: 09/08/2023) |
| 05/12/2023 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Settlement Conference held on 5/12/2023. (lcia) (Entered: 09/08/2023) |
| 05/14/2023 | <u>174</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. Attorney Devki Kaur Virk terminated. (Oppenheimer, Elisabeth) (Entered: 05/14/2023) |
| 05/16/2023 | <u>175</u> | STIPULATION of Dismissal *WITH PREJUDICE OF PLAINTIFF ROCKY KABIRS ACTION AGAINST DEFENDANTS AFGE AND JEFFERY DAVID COX* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Oppenheimer, Elisabeth) (Entered: 05/16/2023) |
| 05/16/2023 | <u>176</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to ROCKY KABIR. Attorney Edwin David Hoskins terminated. (Hoskins, Edwin) (Entered: 05/16/2023) |
| 05/16/2023 | <u>177</u> | MOTION to Vacate *3/4/2023 Order <u>173</u>* , MOTION to Withdraw *Motion for Sanctions <u>78</u>* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES. (Attachments: # <u>1</u> Text of Proposed Order)(Oppenheimer, Elisabeth) (Entered: 05/16/2023) |
| 05/17/2023 | | MINUTE ORDER: Upon consideration of <u>175</u> the parties' stipulation of dismissal and <u>177</u> defendant AFGE's motion to withdraw sanctions and to vacate order for sanctions, and the entire record herein, it is hereby ORDERED that plaintiff Rocky Kabir's fourth amended complaint is DISMISSED with prejudice; it is further ORDERED that <u>122</u> defendant AFGE's motion to strike Kabir's fourth amended complaint is DENIED as moot; it is further ORDERED that <u>78</u> AFGE's motion for sanctions against Marlene Morten and Donna Clancy is WITHDRAWN; it is further ORDERED that <u>173</u> the Court's May 4, 2023 Order for sanctions against Morten and Clancy is VACATED; and it is further ORDERED that any claims that Kabir has |

| | | |
|---|---|---|
| | | against his former counsel Kemi Morten in connection with this matter are also DISMISSED with prejudice. SO ORDERED. Signed by Judge John D. Bates on 5/17/2023. (lcjdb2) Modified on 5/17/2023 (tb). (Entered: 05/17/2023) |
| 05/20/2023 | 178 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 102 Memorandum & Opinion, 101 Order on Motion for Reconsideration,, Order on Motion for Leave to File, 172 Order on Motion to Strike,,, Order on Motion to Dismiss,,,,, 140 Order on Motion to Strike,, Order on Motion to Dismiss,,, 173 Order on Sealed Motion,, Order on Sealed Motion for Leave to File Document Under Seal,,, 137 Order on Motion for Leave to File, 60 Memorandum & Opinion by JOCELYNN JOHNSON. Filing fee $ 505, receipt number ADCDC–10082639. Fee Status: Fee Paid. Parties have been notified. (Morten, Marlene) (Entered: 05/20/2023) |
| 05/22/2023 | 179 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 178 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 05/22/2023) |
| 06/02/2023 | | USCA Case Number 23–7067 for 178 Notice of Appeal to DC Circuit Court,, filed by JOCELYNN JOHNSON. (znmw) (Entered: 06/05/2023) |
| 12/21/2023 | 180 | ORDER of USCA as to 178 Notice of Appeal to DC Circuit Court filed by JOCELYNN JOHNSON; remanding case to district court for clarification/determination. USCA Case Number 23–7067. (znmw) (Entered: 12/21/2023) |
| 01/16/2024 | 181 | ORDER clarifying resolution of plaintiff Annette Wells's claim. See text of Order for details. Signed by Judge John D. Bates on 1/16/2024. (lcjdb2) (Entered: 01/16/2024) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE #1 et al.,

    Plaintiffs,

    v.

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES et al.,

    Defendants.

Civil Action No. 20-1558 (JDB)

## ORDER

This case—now on appeal—generally involves allegations that Jeffrey David Cox, the former National President of the American Federation of Government Employees ("AFGE"), committed misconduct while in office and that AFGE and various AFGE officials failed to exercise their duties to prevent the alleged bad acts. On December 21, 2023, the D.C. Circuit remanded the record for this Court to clarify the disposition of plaintiff Annette Wells's remaining claim and to enter an appropriate order. See D.C. Cir. Order [ECF No. 180]. The Court now clarifies that Wells's remaining claim was dismissed with prejudice for the reasons stated below.

## Background

The Court assumes familiarity with the factual and procedural history of this case as set forth in its prior opinions. See, e.g., Doe #1 v. Am. Fed'n of Gov't Emps., 554 F. Supp. 3d 75, 85–87 (D.D.C. 2021).

As relevant here, in August 2021 the Court dismissed many of the claims in plaintiffs' second amended complaint but specified three sets of claims that could proceed: (1) a breach of fiduciary duty claim against Cox under 29 U.S.C. § 501(b) brought by Annette Wells, an AFGE member; (2) wrongful termination claims against AFGE and Cox under 42 U.S.C. § 1981 brought

1

by Jocelyn Johnson, a former AFGE employee; and (3) racially hostile work environment claims against AFGE and Cox under 42 U.S.C. § 1981 and the D.C. Human Rights Act brought by Rocky Kabir, a former AFGE employee.  See Doe #1, 554 F. Supp. 3d at 86 n.3, 97–101, 105–07, 109– 110, 121; Aug. 11, 2021 Order [ECF No. 59] at 2.  The Court ordered plaintiffs Wells, Johnson, and Kabir to file a third amended complaint "that [was] consistent with the [Court's opinion] and with Federal Rule of Civil Procedure 8" and that was "limited to the claims that have not been dismissed from this lawsuit and the factual allegations supporting those claims."  Aug. 11, 2021 Order at 2.  Wells, Johnson, and Kabir were all represented by the same counsel.

Plaintiffs proceeded to "submit[] several different third amended complaints, none of which compl[ied] with" the Court's August 2021 order.  Doe #1 v. Am. Fed'n of Gov't Emps., Civ. A. 20-1558 (JDB), 2022 WL 4182223, at *1 (D.D.C. Sept. 13, 2022).  The violations of the Court's order included "reinstating claims the Court had explicitly rejected" and "inserting new claims and allegations into the revised pleadings."  Id. at *16.  These filings prompted months of additional motions practice.  See id. at *2–5.

On September 13, 2022, the Court (as relevant here) struck the most recent version of plaintiffs' third amended complaint and imposed sanctions on plaintiffs.  See id. at *14–18; Sept. 13, 2022 Order [ECF No. 101] at 1–2.  The Court's opinion detailed plaintiffs' "egregious violations" of the Court's August 2021 order and concluded that these actions were so "blatant" that "they constitute clear and convincing evidence of bad faith and unreasonable and vexatious conduct."  Doe #1, 2022 WL 4182223, at *16.  The Court noted that it "might be justified in dismissing plaintiffs' claims . . . given the egregiousness of [their] misconduct," but opted to give plaintiffs another chance.  Id. at *18.  It thus ordered Wells, Johnson, and Kabir to file, "by not later than September 26, 2022," a fourth amended complaint that was consistent with the Court's

2

orders. Sept. 13, 2022 Order at 2. But the Court warned plaintiffs that "the Court's desire for plaintiffs' claims to receive the consideration to which they are entitled will not prevent it from dismissing this case with prejudice should plaintiffs again disregard this Court's instructions." Doe #1, 2022 WL 4182223, at *18; see also Sept. 13, 2022 Order at 2 ("Plaintiffs are warned that failure to comply with these directives may have significant consequences, including dismissal of their claims with prejudice."). The Court further ordered all parties to appear at a status conference on November 2, 2022. Sept. 13, 2022 Order at 2.

On September 23, 2022—the Friday before the Monday on which plaintiffs' fourth amended complaint was due—plaintiffs' counsel filed a motion for leave to withdraw as counsel for Wells and Kabir. See Mot. for Leave to Withdraw [ECF No. 103]. The motion requested an extension of time until October 26, 2022 for all plaintiffs to file their fourth amended complaint so that Wells and Kabir had time to retain new counsel (and an extension of the status conference until December 2, 2022). Id. at 1–2. Wells and Kabir consented to this withdrawal and signed the motion. Id. at 3. The Court permitted counsel to withdraw, granted all plaintiffs an extension of time to file their fourth amended complaint until October 19, 2022, and kept the November 2 status conference date. Sept. 26, 2022 Min. Order.

Kabir filed a pro se fourth amended complaint on October 5, 2022 and Johnson (still represented by plaintiffs' counsel) filed her fourth amended complaint on October 19, 2022. See 4th Am. Compl. [ECF No. 108]; 4th Am. Compl. [ECF No. 118]. Wells did not file a fourth amended complaint by the Court's October 19, 2022 deadline. Indeed, she has not filed an amended complaint or taken any other action in this suit in the almost sixteen months that have elapsed since her counsel withdrew.

3

At the November 2 status conference, Johnson appeared through counsel and Kabir appeared pro se.  See Nov. 2, 2022 Hr'g Tr. [ECF No. 128] at 1–2.  Wells did not attend.  See id. With respect to Wells, the Court concluded: "I haven't received anything with respect to any continuing claim on behalf of Ms. Wells.  I am treating that as done and over based on the record at this time."  Id. at 23.[1]  This conclusion, however, was not reflected in the status conference minute entry or the Court's minute order issued following the hearing.  See Nov. 2, 2022 Min. Entry; Nov. 2, 2022 Min. Order.

The Court subsequently dismissed Johnson's remaining claims with prejudice, see Doe #1 v. Am. Fed'n of Gov't Emps., Civ. A. No. 20-1558 (JDB), 2023 WL 3019876, at *6 (D.D.C. Apr. 20, 2023), and Kabir dismissed his remaining claims pursuant to a settlement agreement, see Stipulation of Dismissal [ECF No. 175]; May 17, 2023 Min. Order.  The Court did not make any further pronouncements as to Wells's claim.

On May 20, 2023, Johnson appealed.  See Notice of Appeal [ECF No. 178].  Following show-cause briefing in the D.C. Circuit, the D.C. Circuit remanded the record for clarification of "whether this action has concluded in the district court"—that is, "whether [this Court] intended to finally resolve Wells's claim."  D.C. Cir. Order at 1–2.

### Legal Standard

"District courts have inherent power to dismiss a case sua sponte for a plaintiff's failure to prosecute or otherwise comply with a court order."  Peterson v. Archstone Communities LLC, 637 F.3d 416, 418 (D.C. Cir. 2011); see also Link v. Wabash R.R. Co., 370 U.S. 626, 629–33 (1962); Local Civ. R. 83.23.  Such dismissals are "ordinarily limited to cases involving egregious conduct

---

[1] Plaintiffs' counsel mentioned that "if Ms. Wells is not going to proceed," counsel might seek to "substitute" another AFGE member in her place for purposes of the breach of fiduciary duty claim.  Nov. 2, 2022 Hr'g Tr. at 24. The Court noted that it would consider any such motion "if and when it is filed."  Id.  Counsel never filed such a motion.

by particularly dilatory plaintiffs, after less dire alternatives have been tried without success."
<u>Peterson</u>, 637 F.3d at 418 (internal quotation marks omitted).  If "the delay in prosecution of the
claim has resulted in prejudice to an opposing party," the court may dismiss the claim with
prejudice.  Local Civ. R. 83.23; <u>see</u> <u>Link</u>, 370 U.S. at 629.

<u>Analysis</u>

The Court now clarifies that, as reflected at the November 2, 2022 status conference, it
dismissed Wells's breach of fiduciary duty claim sua sponte for "failure to prosecute or otherwise
comply with a court order."  <u>Peterson</u>, 637 F.3d at 418.  Following plaintiffs' "egregious
violations" of the Court's August 2021 order, the Court warned plaintiffs in no uncertain terms
that it might "dismiss[] this case with prejudice should plaintiffs again disregard this Court's
instructions."  <u>Doe #1</u>, 2022 WL 4182223, at *16, *18; <u>see also</u> Sept. 13, 2022 Order at 2.  The
Court set a deadline by which plaintiffs were to file their fourth amended complaint.  <u>See</u> Sept. 13,
2022 Order at 2; Sept. 26, 2022 Min. Order.  Wells did not comply with that deadline.  Nor did
she file an amended complaint shortly after the deadline.  She has taken no steps to comply with
the Court's order.  In light of plaintiffs' prior conduct and the Court's prior warnings, dismissal on
this basis was warranted.  <u>See</u> <u>Peterson</u>, 637 F.3d at 418; <u>see also</u> <u>Hardaway v. D.C. Hous. Auth.</u>,
No. 19-5277, 2022 WL 3568047 (D.C. Cir. Aug. 11, 2022) (per curiam) (affirming a district
court's sua sponte dismissal because of plaintiffs' "failure to file an amended complaint as ordered
by the court").

The Court recognizes that plaintiffs' prior misconduct likely stemmed from the choices of
counsel rather than Wells herself.  <u>See</u> <u>Doe #1</u>, 2022 WL 4182223, at *17, *18 n.19.  But Wells
bears responsibility for the actions of her chosen counsel.  <u>See</u> <u>Link</u>, 370 U.S. at 633–34
("Petitioner voluntarily chose this attorney as his representative in the action, and he cannot now

5

avoid the consequences of the acts or omissions of this freely selected agent. . . . [E]ach party is deemed bound by the acts of his lawyer-agent and is considered to have notice of all facts, notice of which can be charged upon the attorney." (internal quotation marks omitted)).  Moreover, Wells personally signed a filing that noted the impending deadline to file an amended complaint and the upcoming hearing.  <u>See</u> Mot. for Leave to Withdraw at 1–3.

This dismissal operates with prejudice.  This case has been pending for three and a half years, plaintiffs have engaged in egregious conduct in defiance of clear court orders, and the Court has previously issued warnings.  Wells's failure to timely file a fourth amended complaint—let alone her failure to file any amended complaint in the year-plus that followed—must be viewed in light of this history and of the fact that plaintiffs' prior conduct "multiplied the proceedings in this case unreasonably and vexatiously" to the detriment of defendants.  <u>Doe #1</u>, 2022 WL 4182223, at *16.  Dismissal with prejudice is strong medicine, but here it is warranted.  <u>See Link</u>, 370 U.S. at 629; Local Civ. R. 83.23.

*        *        *

For the foregoing reasons, and upon consideration of the entire record herein, it is hereby

**ORDERED** that plaintiff Wells's breach of fiduciary duty claim against Cox under 29 U.S.C. § 501(b) is **DISMISSED WITH PREJUDICE**, consistent with the Court's observation at the November 2, 2022 status conference in this case; and it is further

**ORDERED** that the Clerk of Court shall promptly notify the D.C. Circuit as to the issuance of this Order.

**SO ORDERED**.

/s/
_____
JOHN D. BATES
United States District Judge

Dated: <u>January 16, 2024</u>